# EXHIBIT A



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Veronica Dragalin*
*Phone: (213) 894-0647*
*E-mail: Veronica.Dragalin@usdoj.gov*

*1500 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California  90012*

October 2, 2019

## VIA E-MAIL

Ambrosio Rodriguez
aer@aerlawgroup.com

John Targowski
jtargo@icloud.com

Edward M. Robinson
eroblaw@gmail.com

Jill Ginstling
Jill_Ginstling@fd.org

Lisa Houlé
lisa@houle-law.com

Patrick William McLaughlin
pwmclaughlin50@gmail.com

Richard P. Lasting
richardplasting@sbcglobal.net

Robin R Scroggie
rscroggie@msn.com

> Re:     United States v. Fernandez, et al., CR No. 18-121(A)-SJO

Dear Counsel:

Pursuant to Rule 16(a)(1)(E) of the Federal Rules of Criminal Procedure, the government hereby discloses that at trial in the above-captioned matter the government presently intends to elicit expert testimony on the following topics under Federal Rules of Evidence 702, 703, and 705.  Pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure, the government hereby requests reciprocal disclosure from the defense of any testimony defendant intends to use at trial under Rule 702, 703 and/or 705 of the Federal Rules of Evidence.

The government will provide supplemental notice with additional specific names and CVs.  The government respectfully reserves the right to provide supplemental notices for additional witnesses or testimony before or during trial, as necessary.

### A.     Federal Firearms Requirements

The government intends to call ATF Special Agent David Hamilton to testify regarding the licensing requirements for dealing in firearms and the records kept by federal and state authorities concerning the sale and registration of the firearms involved in this investigation.  SA Hamilton will also testify about the nature and characteristics of the firearms and ammunition that were involved in this case.  He will testify about the market prices of the firearms involved in this investigation, including in secondary markets and in California compared to other states. He will also testify about the significance of .38 Super firearms, specifically model 1911

RE:  Fernandez, et al.
October 2, 2019
Page 2

firearms, including their popularity in Mexican culture, in Mexico, and with cartels, in the context of advertising the charged firearms for sale.

SA Hamilton's primary duties involve the investigation of federal firearms laws, which regularly requires the examination of firearms and ammunition for the purpose of identification, classification, and determination of origin.  The bases and reasons for SA Hamilton's opinions are his training, as well as his knowledge and experience investigating cases involving firearms and ammunition, his familiarity with the origin and function of firearms and ammunition, and his examination of the firearms and firearms records in this case.  SA Hamilton has testified approximately 35 times in federal and state court.  Enclosed please find SA Hamilton's CV.

### B.      California Firearms Requirements and Classifications

The government intends to call Leslie McGovern, Associate Governmental Program Analyst at the California Department of Justice, Division of Law Enforcement/Bureau of Firearms, to testify regarding California laws and regulations about firearms, including California's classification of on-roster and off-roster firearms.  Ms. McGovern will testify about the restrictions on the sale of off-roster firearms, as well as the exceptions to those restrictions as they apply to law enforcement officers.  Ms. McGovern may also testify about the market prices of off-roster firearms in California.

The bases and reasons for Ms. McGovern's opinions are her training, knowledge and experience.  Ms. McGovern has been working in the Bureau of Firearms since 2001.  Since approximately September 2008, one of her employment responsibilities has been day-to-day maintenance of the Roster of Handguns Certified for Sale.  Ms. McGovern's employment duties include processing requests to add firearms to the roster.  She is also responsible for processing the renewal of names of firearms on the roster, and for removing the names of firearms from the roster.  She also maintains the files and paperwork related to these activities.

### C.      Fingerprint Analysis

Absent a stipulation, with respect to charges that require proof of a prior felony conviction (counts 4-7),  the government expects to call an expert in fingerprint analysis, Jeffrey Lewis, who will compare fingerprints obtained from defendant Oscar Maravilla Camacho, Jr. with those contained with prior conviction documentation, and opine that the same person suffered the prior felony conviction.

The bases and reasons for Mr. Lewis's opinions are his training, knowledge and experience.  Enclosed please find Mr. Lewis's CV.

RE:  Fernandez, et al.
October 2, 2019
Page 3

### D.    Phone and GPS Data

Absent a stipulation, the government intends to call a law enforcement officer or technician to testify regarding:

- The procedures followed in extracting data from mobile phones during the course of this investigation, as described in ATF reports of investigation produced in discovery;

- Interpretation of cellular telephone data and records received from telephone companies, including explanations of device identifiers, call origination and termination, direction and duration of call, cellular towers and sectors, network elements, and Global Positioning System ("GPS") coordinates of particular towers;

- Location and other information regarding cellular telephones used by defendants. This information includes the approximate geographic area in which the telephones were operating during specific periods of time.  The geographic areas of the telephones will be derived from an analysis of the cellular telephone towers used by those telephones at the times in question; and

- Graphical mapping of the locations of the cellular towers used by the subject telephones, including the dates and times that the telephones used those particular cellular towers.

### E.    Analytical Linguist

Absent a stipulation, the government intends to call an analytical linguist to testify about the translation and transcription of Spanish-language text messages and electronic communications.  Specifically, the analytical linguist will testify that the final English translations and transcripts (produced to you as they become available) are true and accurate translations.

If you believe that the information above, combined with the discovery provided to date, is insufficient to satisfy the obligations of Rule 16, please advise immediately, so that the government can provide additional information.

//

//

//

//

//

//

RE:  Fernandez, et al.
October 2, 2019
Page 4


      Please let me know if you have any questions, or would like to further discuss any of the matters raised above.


Very truly yours,


Veronica Dragalin
Katherine A. Rykken
Assistant United States Attorneys


Enclosures