# EXHIBIT B

## DECLARATION OF EDWARD M. ROBINSON

I, Edward M. Robinson, hereby declare as follows:

1. I am a licensed attorney and am retained counsel for Defendant Edward Arao in the case *United States v. Arao* (case no. 18-CR-00121-SJO-2).

2. On October 18, 2019, my associate and I had a telephonic meeting with Assistant United States Attorneys Veronica Dragalin and Katherine A. Rykken to discuss the government's October 2, 2019 letter providing notice of its intent to present certain expert testimony.

3. In that meeting, I expressed concerns regarding Category A of expert testimony, Federal Firearms Requirements. Those concerns and the government's responses were as follows:

    a. I requested that Ms. Dragalin and Ms. Rykken clarify what they meant by "nature and characteristics of firearms and ammunition involved in this case." They informed me that this testimony is designed only to elicit for the jury the fact that the firearms in question in this case are "off-roster" guns, and as such, are more difficult for the public to acquire.

    b. I informed Ms. Dragalin and Ms. Rykken that we would not be contesting the market prices of the firearms relating to Mr. Arao's conduct. In response, Ms. Dragalin and Ms. Rykken have agreed that this expert testimony is directed primarily towards the other defendants.

    c. I informed Ms. Dragalin and Ms. Rykken that we would object to any expert testimony regarding the popularity of the .38 super firearm in Mexican culture, in Mexico, and with the cartels. Ms. Dragalin and Ms. Rykken informed me that they do not intend to elicit testimony concerning this objected to line of testimony unless there is cross-examination that seeks to establish a jury nullification position. I

1       informed them that we do not intend to pursue a jury nullification
2       defense.
3   4.   In the October 18th telephonic meeting, Ms. Dragalin and Ms. Rykken
4 also informed us that instead of calling Leslie McGovern as their expert with respect to
5 Category B, they anticipated calling Blake Graham.
6   5.   I also expressed concerns regarding Category B of expert testimony,
7 California Firearms Requirements and Classifications. Those concerns and the
8 government's responses were as follows:
9     a.   I informed Ms. Dragalin and Ms. Rykken that we would object to any
10       testimony about what legally constitutes "dealing in firearms." Ms.
11       Dragalin and Ms. Rykken informed me that that they did not intend to
12       elicit any testimony regarding what constitutes "dealing in firearms."
13 I declare under penalty of perjury that the foregoing is true and correct to the best
14 of my knowledge.
15 Executed this 24th day of October, 2019 in Torrance, California.

                */s/ Edward M. Robinson*
                Edward M. Robinson