# DEFENSE EXHIBIT 302

Excerpt 1

| S/A DUNCAN: | Yeah. |
|---|---|
| ARAO: | [U/I] a lot of people would walk past, so. [Clears throat] |
| S/A DUNCAN: | Um, so, the reason we wanted to talk you is, we just kind of wanted to get an idea of how you guys operate here. Um, get a little bit of background. Um, the, uh…thing.   You know, we'll, we'll get into, like, more specific stuff that's to like why I was here earlier, all that too.   Um, but I can tell you, like, I don't, I don't have like—you're not under arrest.   I don't have, like, an arrest warrant or anything like that. |
| ARAO: | All right.   Sweet.   [Chuckles] |
| S/A DUNCAN: | Um… |
| ARAO: | Okay. |
| S/A DUNCAN: | So, uh, yeah.   So, for, for background, how long, uh, have you been, uh, has Ronin existed? |
| ARAO: | Probably about two and a half years. |
| S/A DUNCAN: | Okay. |
| ARAO: | Uh, just about the li—'cause we just renewed the license.   So, we're on our [U/I].   [Noises] |
| S/A DUNCAN: | How did you decide to get in that? |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 4 of 57

USAO_032745

Excerpt 2

| S/A DUNCAN: | Mhm. |
|---|---|
| ARAO: | And, uh, to get those you—I mean, they, they run four, four to eight grand for some of them, so, you know? |
| S/A DUNCAN: | Okay.   Sounds good.   Uh, let's see.   I guess, one other question I have was about when Carlos would, uh, sometimes people would respond to, to his pictures on Instagram. |
| ARAO: | Uh-huh. |
| S/A DUNCAN: | And he'd coordinate, and he had—once in a while he brought them here, um, to actually do the deal.   And [U/I]—[Voices overlap] |
| ARAO: | Right.   Well, [Stutters] yeah.   I would, actually talk to them.   Like, uh, I'd meet them.   And, and see what their—I, generally, I, I want to get a feel for the person who owns, is getting a gun. |
| S/A DUNCAN: | Mhm. |
| ARAO: | 'Cause you know, I'm, I'm working lawfully.   I'm not trying to get, hand over some to somebody that I don't really trust.   And that they, they don't have you know, idea or anything.   That's like—I, I like to get a feel for who, I'm, I'm dealing with.   So I talk to them personally before—and then, um, I'll show them the gun here.   And then it goes from there.   So. |
| S/A DUNCAN: | So, was there ever a time that you saw someone that it just didn't feel right? |
| ARAO: | Nah.   Um…well, it—[Voices overlap] |
| S/A DUNCAN: | Even that deal that went through, it didn't go through? |

Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 13 of 57

USAO_032754

| ARAO: | Yeah, we had, uh, we had two.   Uh, one was, uh—[Voices overlap] |
|---|---|
| S/A DUNCAN: | That didn't go through? |
| S/A DUNCAN: | Not including this guy. |
| ARAO: | No, not that—but two.   [Laughter] These were—but one—they were both fakes, 'cause one had a, I guess a DUI case pending. So, DOJ picked, kicked that through.   Uh, he went to court the following week, got that taken care of, and then came back and [U/I], and that went through. And another kid, uh, that wasn't even a thirty.   That was, like, that was for a lower.   Uh, his ID was expired.   And he had gotten—'cause DMV got that, uh, reinstated.   And, other than that, I mean, those two, I think those were the only two that I got ever kicked back. |
| S/A HART: | Hm. |
| ARAO: | Through uh Cal-DOJ. |
| S/A HART: | All right. |
| ARAO: | Um, but nothing, uh, nothing through like ATF or anything like that. I've had one person call, I think, uh to Tree Center.   And I never heard after that, what happened with that. |
| S/A DUNCAN: | Was there ever a time that—[U/I] what a straw [PH] purchase is? Where, like, someone that's not heard of [U/I]—[Voices overlap] |
| ARAO: | Yeah, when someone's gonna buy something for someone. |
| S/A DUNCAN: | Did you ever see, like, two people come in together? |
| ARAO: | Uh, well the two that came—[Voices overlap] |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 14 of 57

USAO_032755

EXCERPT 3

| S/A DUNCAN: | Um, and then, uh—and, you know, a lot of what we're describing is also the reason why we're here, too.    Because of—it's—there's definitely some issues with the way you guys are operating. |
|---|---|
| ARAO: | Okay. |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 17 of 57

USAO_032758

| S/A DUNCAN: | Um, so, basically, Carlos, he's, basically, what he's doing, he's dealing without a license. |
|---|---|
| ARAO: | Okay. |
| S/A DUNCAN: | And then, every time that he's—you and him are, you know, working together.   He's sending you over, he's sending you guns over, sending customers over.     Things like that, you're, it's uh, you're aiding in a betting, when you're doing there.   So… |
| ARAO: | Even if I have the license and I'm selling or…? |
| S/A DUNCAN: | Yeah. |
| ARAO: | Is it—[Voices overlap] |
| S/A DUNCAN: | Because you're, you know, you're selling the gun for him.   And he— you know… |
| ARAO: | Okay. |
| S/A DUNCAN: | And uh, so, that plus the fact that every time you—so you guys have a corporation here. |
| ARAO: | Right. |
| S/A DUNCAN: | So when you're transferring it over to yourself and then doing a private party transfer, it's like you're doing a straw purchase every time. |
| ARAO: | Really? |
| S/A DUNCAN: | Yeah.    So because you're—[Voices overlap] |
| ARAO: | That's—[Voices overlap] |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 18 of 57

USAO_032759

| S/A DUNCAN: | You're filling, you're doing that forty-four seventy-three, you're saying that guns for you. |
|---|---|
| ARAO: | Right. |
| S/A DUNCAN: | You're transferring it to yourself and then you're turning around and you're selling it. |
| S/A HART: | Very short timeline. |
| S/A DUNCAN: | Yeah. |
| ARAO: | Right.   Well, even though we're... |
| S/A DUNCAN: | Yeah. |
| ARAO: | Exempt from the roster, California roaster? |
| S/A DUNCAN: | Um, and that—[Voices overlap] |
| S/A HART: | It has nothing to do with that. It has to do with just the, the firearms.   Just because of—it doesn't matter roster [U/I], it doesn't matter. |
| ARAO: | Okay. |
| S/A HART: | For this.   We're just talking about for federal, purposes of federal law. The FFL, it—the corporation has the FFL not you personally.   So once it gets transferred to you personally... |
| ARAO: | Okay. |
| S/A HART: | Just like a, anyone else selling a firearm.   But when you're purchasing it, and then a week later you're selling it, that forty-four seventy-three that— when you're saying this is just for me... |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 19 of 57

USAO_032760

| | |
|---|---|
| ARAO: | Right. |
| S/A HART: | That's not, that's not exactly true when you're buying it for the purposes of just selling it, right after.   A short time after. |
| ARAO: | Okay. |
| S/A DUNCAN: | Right. |
| S/A HART: | So that's where, that's where the trouble is at.   Do you understand?   Or do you want me to… |
| ARAO: | Yeah.   Kind of. |
| S/A HART: | [U/I]? |
| ARAO: | Yeah.   Kinda—o-okay. |
| S/A HART: | It's kind of hard.   I, I—our general council is the one that—this, this is well above us.   [U/I] law enforcement agencies all the way—[Voices overlap] |
| ARAO: | Yeah.   All right. |
| S/A HART: | Our, our division, our general council in DC… |
| ARAO: | Okay. |
| S/A HART: | Have gone through this.   And that's, that's the [U/I]. |
| ARAO: | That's—okay.   So that's what the federal laws are saying? |
| S/A HART: | Yes. |
| ARAO: | Okay. |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 20 of 57

USAO_032761

| | |
|---|---|
| S/A DUNCAN: | And that's…and the reason we're here, and I called you directly is 'cause we, we wanna handle this as low-key as we can. |
| ARAO: | Okay. |
| S/A DUNCAN: | You know?   We don't want to make this some sort of big ordeal. |
| ARAO: | Right. |
| S/A DUNCAN: | Um.   Um.   But there are, there are a lot of issues.   And uh, you know? Not only that, but there were a lot of issues with your paperwork too. We're, you know, a lot of, it looks like some multiple sales haven't been filled out.   Some, uh, you know, there's serial numbers that don't match up with… |
| ARAO: | Uh-huh. |
| S/A DUNCAN: | Other guns.   So, and that could just be an honest mistake.   Um.   So, that's why we want to come here and just, just talk to you, and just get a feel for you and what you're… |
| ARAO: | Oh.   Yeah. |
| S/A DUNCAN: | And that's why I was here. |
| ARAO: | [Coughs] |
| S/A DUNCAN: | Because I wanted to see… |
| ARAO: | Oh, how we operate or… |
| S/A DUNCAN: | Yeah. |
| ARAO: | How I operate and so forth. |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 21 of 57

USAO_032762

Excerpt 4

| S/A DUNCAN: | And like I said, I'm not asking 'cause of you, I'm asking because I'm interested in…[Noises] that.   Yeah.   [Voices overlap] |
|---|---|
| ARAO: | Yeah, I just—[U/I].   Oh.   Yeah, I, I just…[Exhales] Yeah, I don't— [Sighs] I couldn't—I, I don't even remember how they paid.   I know, I know it was, it was probably cash, but I don't…yeah, usually when something—if, if that was the co—that's, that's, I mean, that's a red flag right there.   But there was nothing that, that stood out to me, to where… |
| S/A DUNCAN: | Yeah. |
| ARAO: | It was—yeah. |
| S/A DUNCAN: | And sometimes uh, you know, when it's actually—I guess, when the interaction's actually happening, you're like; "Oh, you know, it's not that big of a deal.   It's normal."   But them sometimes after the fact, you're like, "Oh shit.   Maybe that was." |
| ARAO: | Oh.   Yeah, that—[Voices overlap] |
| S/A DUNCAN: | And that's what, that's what I'm… |
| ARAO: | Yeah.   And that, there was nothing.   Um… |
| S/A DUNCAN: | Wondering if that's what, you know, some sort of, something that you saw, uh… |
| S/A HART: | [U/I]. |
| S/A DUNCAN: | Trying to see if we're missing any photos here. [Chuckles] |
| S/A HART: | I don't see anybody else. |
| S/A DUNCAN: | [Sighs] |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 35 of 57

USAO_032776

| S/A DUNCAN: | ~~Like I say,~~ . . . . . . . And as keep this, I guess you'd say, at the level ~~it is.~~ Uh, because if—and I'm not like, this isn't—I'm not like threating you or anything like that. I'm just saying that if you don't, it's probably gonna go to the point where there's gonna be like a, a revocation process. o the, of your license. And then—[Voices overlap] |
|---|---|
| ARAO: | Besides the, they're gonna pull it anyways, and…? |
| S/A DUNCAN: | Well, it would, uh, that would be the, that would be the plan. Let's put it that way. Uh, and then, uh, because there are—not only is the, there are a lot of issues with the paperwork… |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 40 of 57

USAO_032781

Type text here

| ARAO: | Mhm. |
|---|---|
| S/A DUNCAN: | With the serial numbers off, and missing multiple sales.    But uh, there's also, there was criminal violations here.    So uh… |
| ARAO: | Like, like what kind of criminal violations? |
| S/A HART: | Well, let me just—what we talked about before.    About the, when you transferred them to yourself. |
| ARAO: | Oh. |
| S/A HART: | And then you sell, like, in the… |
| S/A DUNCAN: | In the eyes of… |
| S/A HART: | Federal law, that… |
| S/A DUNCAN: | Yeah. |
| S/A HART | Was where… |
| S/A DUNCAN: | And the straw purchase.    And after I came in here, when I went back, I said, "You know what?    My, my opinion on this is that I don't think he thinks it's that big of a deal.    I don't think he even realizes… |
| ARAO: | I didn't even know.    I, I thought it was—[Voices overlap] |
| S/A DUNCAN: | And, and that's—[Voices overlap] |
| ARAO: | 'Cause I was, I guess I was so focused on the freakin' California part—[Voices overlap] |
| S/A DUNCAN: | And that's why I'm—yeah. |

| ARAO: | Where the roster didn't matter, and then I was just able to purchase them, and do that shit.   Otherwise, I would've never done this shit. |
|---|---|
| S/A DUNCAN: | No, yeah—[Voices overlap] |
| ARAO: | And [U/I] didn't even know. |
| S/A DUNCAN: | And that's why I went, and you know, I just, I told them that.   And, uh, that I didn't, I didn't think you were, you know, uh like I said, didn't think it was that big of a deal.   Or just didn't even know, so. |
| ARAO: | Yeah. |
| S/A DUNCAN: | And that's why we wanted to keep it like this.   Um, I can tell you there's—it—there's probably a bunch of—I'm not—you know, I don't keep up to date with all the different CAL DOJ things but I'm sure there's a bunch of CAL DOJ things too.   I, I know that there's some—it, it looks like, uh, there's probably some misdemeanors involved every time you do the whole, these private party transfer things. |
| ARAO: | Really? |

*Excerpt 6*

| | |
|---|---|
| S/A HART: | No.   They won't [U/I] do it.   They will—the proceedings will most definitely start. |
| ARAO: | Yeah. |
| S/A DUNCAN: | Yeah. |
| S/A HART: | Whether, what would happen, just like anything, you know… |
| S/A DUNCAN: | You know how it is.   Yeah. |
| S/A HART: | [U/I] can't say that. |
| ARAO: | I mean—yeah.   Well, I mean, is this something where they're gonna go after me criminally or…? |
| S/A DUNCAN: | I mean, I can't—[Voices overlap] |
| ARAO: | I mean, if it's not like—I mean, I guess with no intent to—I mean, I didn't know I was, you know? |
| S/A DUNCAN: | Yeah. |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 43 of 57

USAO_032784

EXCERPT 7

| S/A DUNCAN: | Well, I mean, we appreciate you sitting down and being cordial about all this.   I know it's uh, not a pleasant thing to do, so. |
|---|---|
| ARAO: | Yeah.   It's not. |
| S/A DUNCAN: | Um… |
| ARAO: | But I mean, I didn't—Honestly, I didn't think I was doing anything wrong. |
| S/A HART: | Yeah. |
| S/A DUNCAN: | And, and uh you know, I, I—After meeting with you here the one time, I, I uh, you know, I—That's why I said, I think we should just meet with you personally, do it that way. |