**Source:** iPhone 7
(831) 261-2427
WhatsApp
**Message participants:** (831) 261-2427 (Camacho Jr.)
(310) 946-7539 "Carlos Colt" (Fernandez)

| | | | |
|---|---|---|---|
| 03/24/2017 | 11:18:02 AM | Fernandez | *The Chinese now is not doing* paperwork *law enforcement came* and he needs to up date some shit to be able to do paperwork.. |
| 03/24/2017 | 11:18:12 AM | Fernandez | So we would have to do it at turners |
| 03/24/2017 | 11:19:13 AM | Fernandez | Ok just let me know *When since I have to* call in *dead* at work lol |

*italics = English translation from Spanish*

**Source:** iPhone 7
(831) 261-2427
WhatsApp
**Message participants:** (831) 261-2427 (Camacho Jr.)
(310) 946-7539 "Carlos Colt" (Fernandez)

| Date | Time | From | Message |
|---|---|---|---|
| 08/22/2017 | 6:57:16 PM | Fernandez | Hey *old man* |
| 08/22/2017 | 6:58:24 PM | Fernandez | If u come sometime in sept. I can try and have the *chinese* do the paper and I can take them close to ur home (on oct 7) I got a 15fiera to go to modesto ... that's closer to u k no? |
| 08/22/2017 | 6:59:20 PM | Fernandez | U can come bring pops to do the paperwork and I can take the paper he signs out there when I deliver the guns *and then you can go and have a great time!* |
| 08/22/2017 | 6:59:29 PM | Fernandez | Let me know what u think |
| 08/22/2017 | 7:00:45 PM | Camacho Jr. | *Yes man* that sound good |

*italics = English translation from Spanish*