# Exhibit A

# FIREARMS INSPECTION REPORT

| | | | |
|---|---|---|---|
| **Name:** | Ronin Tactical Group, Inc. | **UI#:** | 784025.2017.0197.B1B |
| **Trade Name:** | Ronin Tactical Group | **FFL#:** | 9.33.037.01.9L.05186 |

**Address:** 1931 W Artesia Blvd.

Unit A

Gardena, CA 90247

## 1 - Introduction

### Inspection Profile:

This is a compliance inspection report for Special Occupational Taxpayer Ronin Tactical Group, Inc. dba *Ronin Tactical Group*. The period of review was February of 2016 to February of 2017. Advance notification was not given when Investigator Berent and Investigator Colon first stopped by the licensed premises on 2.7.14. However, the President of the company Edward Yasuhiro Arao AKA Eddie Yasuhiro Arao was unavailable. Soon after IOI Berent spoke with Mr. Arao and an appointment was made. Investigator Berent and Colon then conducted the inspection on 2.14.17.

### Business Profile:

On 2.14.17, Investigators Berent and Colon met with *Ronin Tactical Group*'s President Edward Yasuhiro Arao AKA Eddie Yasuhiro Arao. IOIs Berent and Colon conducted the inspection at the business premises address of 1931 W Artesia Blvd., Unit A located in Gardena, CA 90247.

Mr. Eddie Yasuhiro Arao is a full time Police Officer with the Gardena Police Department. On the date of the inspection, Mr. Arao was on duty and stayed at the licensed premises until IOIs Berent and Colon concluded the inspection. Mr. Arao operates *Ronin Tactical Group* from Perfection Audio, a car stereo installation establishment. Mr. Arao keeps a firearm safe on premises along with his logbooks and filed 4473s.

Ronin Tactical Group, Inc. sells new and used long guns, handguns, and receivers to law enforcement personnel, friends and the public. Private Party

## FIREARMS INSPECTION REPORT

**Name:** Ronin Tactical Group, Inc.  **UI#:** 784025.2017.0197.B1B

**Trade Name:** Ronin Tactical Group  **FFL#:** 9.33.037.01.9L.05186

Transfers are done as well. *Ronin Tactical Group* has many repeat customers.

Ronin Tactical Group, Inc. additionally keeps a Manufacturer's License, #9.33.037.07.9L.05188, and a SOT, see U.I. Number 784025-2017-0067.B1B. IOI Berent was informed manufacturing activity has not occurred at the premises. Furthermore, IOI Berent and IOI Colon did not detect manufacturing doings during this inspection period. Ronin Tactical Group, Inc. maintains the appropriate Type 01 federal firearms license, having an original issue date of 10.01.13. Eddie Yasuhiro Arao understands Ronin Tactical Group, Inc. is not required to keep the two licenses, as the Type 07 FFL will also cover the activities of the 01 FFL.

During the past 12 months, approximately three hundred and ninety (390) firearms were acquired and approximately four hundred and eighteen (418) firearms were transferred. Ronin Tactical Group, Inc. did not have a theft/loss of a firearm.

The FFL attends gun shows; however, internet sales are not completed. Ronin Tactical Group, Inc. keeps CFD #22322.

### Ownership and Control:

Ronin Tactical Group maintains the FFL as a corporation. However, the License and the FLS database shows Ronin Tactical Group only as the Licensee. IOI Berent instructed Mr. Eddie Yasuhiro Arao to forward the original 01 and 07 license to the National Licensing Center, so **Inc.** is included in the Licensee's titles. IOI Berent included a copy of the FFL's application front page, Item 8.-to show the Applicant's Business was marked as **A Corporation** (see exhibit 01). IOI Berent also included the filed corporation papers (see exhibit 02). John Scott Francis, *Ronin Tactical Group*'s Vice President, whom was not available during the inspection, and President Eddie Yasuhiro Arao are listed Responsible Persons. Hidden ownership is not suspected.

### Variance:

Ronin Tactical Group, Inc. does not have any approved variances on file.

# FIREARMS INSPECTION REPORT

**Name:** Ronin Tactical Group, Inc.     **UI#:** 784025.2017.0197.B1B

**Trade Name:** Ronin Tactical Group     **FFL#:** 9.33.037.01.9L.05186

## 2 - Recommendation

Viols WL ONLY and Recall Inspection; IOI Berent also recommends the National Licensing Center include **Inc.** to the Licensee's title. The FFL's original application shows in Item 8. on ATF E-Form 7-the Applicant's Business was marked as **A Corporation**. Filed corporation papers are on record as well.

## 3 - Inspection History

Investigator Lance Yoshioka conducted an on-site qualification inspection on Ronin Tactical Group. R/Ps Edward Arao and John Francis were present.

| | |
|---|---|
| **Date of Inspection:** | September 19, 2013 |
| **Type of Inspection:** | application |
| **UI#:** | 784025.2013.0511.B1B |
| **Inspection Results:** | Application approved |
| **Cited Violations:** | none |

## 4 - Acquisition & Disposition (A&D) Record - Inventory

A complete firearms inventory was conducted at *Ronin Tactical Group*. Mr. Eddie Yasuhiro Arao assisted Investigator Colon with the process. Ronin Tactical Group, Inc. had five Title I firearms in physical inventory along with two suppressors. Ronin Tactical Group, Inc. will keep the NFA weapons in their business inventory for future demonstrations to Law Enforcement. Investigator Colon reconciled the inventory to the licensee's two manual logbooks. All firearms accounted for this inspection.

The standard operating procedures relevant to the A&D record and inventory lie with

# FIREARMS INSPECTION REPORT

| | | | |
|---|---|---|---|
| **Name:** | Ronin Tactical Group, Inc. | **UI#:** | 784025.2017.0197.B1B |
| **Trade Name:** | Ronin Tactical Group | **FFL#:** | 9.33.037.01.9L.05186 |

*Ronin Tactical Group's* President Mr. Eddie Yasuhiro Arao. This inspection did not result in any theft/loss of firearms.

## 5 - ATF Forms 4473 – NICS & Other Dispositions

For this inspection period (the past 12 months), Investigator Berent and Investigator Colon did a 100% review of ATF Forms 4473. The Investigators reviewed three hundred and fifty-three (353) transaction forms. Because of the records review, Ronin Tactical Group, Inc. had some problems, see **13 – Violations.** Accordingly, the licensee was cited and issued a ROV.

Ronin Tactical Group, Inc.'s transaction forms are completed manually and filed numerically, entering the State's DROS number in the top right corner on ATF Form 4473. The DROS paperwork is also attached to the 4473. During the records review, Investigator Berent and Investigator Colon directed Mr. Eddie Yasuhiro Arao to the most current ATF Form, 4473. So now, Mr. Arao's purchasers are completing the correct transaction form. The FFL had six cancelled/denied 4473s for this inspection period. The FFL understands to keep said forms separate from the completed transactions.

Investigator Berent verified fifty-one (51) DROSed transactions to the State's list; no discrepancies discovered. Investigator Colon verified seventeen (17) ATF Form 4473 to the two logbooks. Again, no discrepancies found.

The FFL's standard operating procedures relevant to the ATF Form 4473's completion and other dispositions lie with *Ronin Tactical Group*'s President Eddie Yasuhiro Arao.

## 6 - Multiple Sales

The Violent Crime Analysis Branch processed Investigator Berent's request to provide a FFL history query for Ronin Tactical Group (FFL# 9-33-05186) for the period of February 1, 2016 to March 30, 2017. The results did not show any multiple sales reported. However, the FFL in fact did have multiple sales for this inspection period. IOI Berent verified this as Eddie Arao is attaching the multiple sale forms to the respective purchaser's transaction form. Additionally the FFL failed to report multiple sales or other disposition of pistols and revolvers in nine instances, totaling thirty-six

## FIREARMS INSPECTION REPORT

**Name:** Ronin Tactical Group, Inc.  **UI#:** 784025.2017.0197.B1B

**Trade Name:** Ronin Tactical Group  **FFL#:** 9.33.037.01.9L.05186

(36) firearms, as discovered on the day of the inspection on 2.14.17. At that time, Mr. Arao was instructed, and in which he agreed to complete and file the multiple sale forms. Ronin Tactical Group, Inc. did receive a violation; see **13 – Violations** and ROV.

3.30.17, IOI Berent again advised Mr. Eddie Yasuhiro Arao to submit all multiple sale reports for this inspection period.

### 7 - Suspicious/Prohibited Purchasers

During this inspection, IOI Colon came across a suspicious purchaser, Jose Angel Del Villar. Multiple purchaser, Mr. Del Villar caught IOI Colon's eye during a previous inspection, Western Firearms, Inc. see U. I. Number 784025-2016-0020-B1B, as he initially thought he was using someone else's identification (Ronin Tactical Group, Inc. includes copies of purchasers' driver's license to the transaction forms). However, that was not the case. This inspection showed Mr. Del Villar marked United States of America as his country of citizenship on ATF Form 4473. All the while, the Western Firearms' inspection showed Mr. Del Villar would mark other, Mexico as his country of citizenship along with his United States-issued alien number. For this reason, a referral was made for Western Firearms, Inc., see item **10 – Referrals.**

### 8 - Trace Activity

The Violent Crime Analysis Branch processed Investigator Berent's request to provide FFL history queries for Ronin Tactical Group (FFL# 9-33-05186) and Ronin Tactical Group (FFL# 9-33-05188).

Attached is a Word document (see exhibit 03) revealing the activity for Ronin Tactical Group (FFL# 9-33-05186) for the period of February 1, 2016 to March 30, 2017. The results are as follows:

Ronin Tactical Group (FFL# 9-33-05186) was associated with one firearm trace request, which was completed to an individual purchaser (see exhibit 03).

# FIREARMS INSPECTION REPORT

**Name:** Ronin Tactical Group, Inc.         **UI#:** 784025.2017.0197.B1B

**Trade Name:** Ronin Tactical Group         **FFL#:** 9.33.037.01.9L.05186

### 9 - NFA/Importer/Collector/Manufacturer

Ronin Tactical Group, Inc. is a Special Occupational Taxpayer (72). IOI Berent had Ronin Tactical Group, Inc. of Gardena, CA 90247 queried in the NFA database, which shows the FFL's two Surefire suppressors on hand (see exhibit 04). Again, Ronin Tactical Group, Inc. will keep the NFA weapons in their business inventory for future demonstrations to LE.

Ronin Tactical Group, Inc. does not collect or import.

Ronin Tactical Group, Inc. additionally keeps a Manufacturer's License, #9.33.037.07.9L.05188 see U.I. Number 784025.2017.0067.B1B. IOI Berent was informed manufacturing activity has not occurred on the premises. IOI Berent and IOI Colon did not detect manufacturing doings during this inspection period. Furthermore, Ronin Tactical Group, Inc. is submitting the proper AFMER records (see exhibit 05).

### 10 - Referrals

A referral was submitted for FFL Western Firearms, Inc., see U. I. Number 784025.2016.0020.B1B. During Western Firearms, Inc.'s review, IOI Colon came across a suspicious purchaser, Jose Angel Del Villar. Mr. Del Villar caught IOI Colon's eye as he initially thought he was using someone else's identification. However, that was not the case. Mr. Del Villar did mark other, Mexico as his country of citizenship along with his United States-issued alien number. He also presented his Permanent Resident card to the FFL.

IOI Colon once again came across purchaser Jose Angel Del Villar during the records review for Ronin Tactical Group, Inc. This inspection period revealed that multiple purchaser Mr. Del Villar marked United States of America as his country of citizenship on ATF Form 4473. For this reason, a referral was made for Western Firearms, Inc. (see exhibit 06).

# FIREARMS INSPECTION REPORT

**Name:** Ronin Tactical Group, Inc.  **UI#:** 784025.2017.0197.B1B

**Trade Name:** Ronin Tactical Group  **FFL#:** 9.33.037.01.9L.05186

### 11 - Other

IOI Berent conducted her inspection per the guidelines in the IOI Manual. Furthermore, IOI Berent through FLS conducted deconfliction with negative results. A query of the Federal Licensing System (FLS) did not disclose any Special Attention Flags (SAFs) for FFL Ronin Tactical Group, Inc.

### 12 - Closing Actions

On 3.13.17, Investigators Berent and Colon conducted a closing conference with Mr. Eddie Yasuhiro Arao. IOI Berent discussed the Report of Violations (ROV) with Mr. Arao. Mr. Arao signed and dated the Acknowledgement of Federal Firearms Regulations reference page along with the ROV (see exhibits 07 & 08).

### 13 - Violations

1.   **27 CFR §478.21(a)**

    **Nature of violation:**

    Failure to furnish all required information as indicated on the forms prescribed. Investigator Berent discovered two instances, where Item 25. was blank.

    **Licensee's response:**

    President Eddie Yasuhiro Arao was very surprised by the errors.

    **Corrective action:**
    President of Ronin Tactical Group Eddie Yasuhiro Arao was advised to make certain the buyers completely and accurately answer all of the required items on the ATF Form 4473. Mr. Arao furthermore advised on forms prescribed as follows: "all of the information called for in each form shall be furnished as indicated by the headings on the form and the instructions on or pertaining to the form. In addition, information

# FIREARMS INSPECTION REPORT

**Name:** Ronin Tactical Group, Inc.  **UI#:** 784025.2017.0197.B1B

**Trade Name:** Ronin Tactical Group  **FFL#:** 9.33.037.01.9L.05186

called for in each form shall be furnished as required by this part."

Reference Worksheet 1

2. **27 CFR §478.124(c)(1)**

   <u>Nature of violation:</u>

   Failure to obtain properly completed ATF Form 4473 in one instance; Section A, items 4-7, found blank.

   <u>Licensee's response:</u>

   President Eddie Yasuhiro Arao was very surprised by the errors.

   <u>Corrective action:</u>
   President Eddie Yasuhiro Arao was informed all of Section A of ATF Form 4473, must be completed personally by transferee (buyer). The FFL was specially advised that prior to making an over-the-counter transfer of a firearm to a non-licensee who is a resident of the State in which the licensee's business premises is located, the licensed dealer and/or seller so transferring the firearm shall be certain the buyer has completed all applicable Items on ATF Form 4473.

   Reference Worksheet 1

3. **27 CFR §478.124(c)(3)(iv)**

   <u>Nature of Violation:</u>

   Failure to properly record the date the buyer's identifying information in Section A was transmitted to the appropriate State agency. Investigator Berent discovered ATF Form 4473 where the regulation was violated in three instances; Item 21a in error.

   <u>Licensee's response:</u>

   President Eddie Yasuhiro Arao was surprised by how many date discrepancies were found.

   <u>Corrective Action:</u>

   The licensee was instructed to comply with the requirements of § 478.102 and record on the form the accurate NICS/DROS date along with the provided State transaction

# FIREARMS INSPECTION REPORT

**Name:** Ronin Tactical Group, Inc.    **UI#:** 784025.2017.0197.B1B

**Trade Name:** Ronin Tactical Group    **FFL#:** 9.33.037.01.9L.05186

number and the response initially given by the State agency.

Reference Worksheet 1

4. **27 CFR §478.124(c)(5)**

   **Nature of Violation:**

   Failure to make certain the transferor/seller completed all required items of Section D on ATF Form 4473. Investigator Berent discovered a violation in two instances where Item 36. was blank.

   **Licensee's response:**

   President Eddie Yasuhiro Arao acknowledged the dates must be looked at more carefully.

   **Corrective Action:**

   President Eddie Yasuhiro Arao was advised to complete all of the questions in Section D.

   Reference Worksheet 1

5. **27 CFR §478.124(c)(3)(i)**

   **Nature of violation:**

   Failure to properly record the purchaser's issuing authority and type of identification presented, along with the number on the Identification with the correct expiration date. Investigator Berent found Item 20a. incomplete in twelve (12) instances out of three hundred and fifty-three (353) forms examined.

   **Licensee's response:**

   President Eddie Yasuhiro Arao did not say much regarding the errors that were made.

   **Corrective action:**

   Mr. Arao was instructed to make certain the purchaser's type of identification and expiration date of identification is properly documented on each and every ATF Form 4473.

# FIREARMS INSPECTION REPORT

**Name:** Ronin Tactical Group, Inc.    **UI#:** 784025.2017.0197.B1B

**Trade Name:** Ronin Tactical Group    **FFL#:** 9.33.037.01.9L.05186

Reference Worksheet 1

6. **27 CFR §478.126a**

   <u>Nature of violation:</u>

   Failure to report multiple sales or other disposition of pistols and revolvers in nine instances, totaling thirty-six (36) firearms.

   <u>Licensee's response:</u>

   President Eddie Yasuhiro Arao did not know he was required to complete the multiple sale forms as he thought he was the FFL.

   <u>Corrective action:</u>

   Eddie Yasuhiro Arao was instructed to prepare a report of multiple sales or other disposition- when the sale or otherwise disposition of:
   - at one time or during any five consecutive business days,
   - two or more pistols, or revolvers, or any combination of pistols and revolvers
   - totaling two or more, to an unlicensed person:
   - He was instructed the report shall be prepared on Form 3310.4, Report of Multiple Sale or Other Disposition of Pistols and Revolvers.
   - In addition, completed not later than the close of business on the day that the multiple sale or other disposition occurs.

   Reference Worksheet 1



**Index of Worksheets and Exhibits**

01  Example page to show Applicant's Business was marked as **A Corporation**

02  Example pages showing filed corporation papers

03  Violent Crime Analysis Branch trace activity report

## FIREARMS INSPECTION REPORT

**Name:** Ronin Tactical Group, Inc.  **UI#:** 784025.2017.0197.B1B

**Trade Name:** Ronin Tactical Group  **FFL#:** 9.33.037.01.9L.05186

04  NFA registration

05  AFMER records

06  Western Firearms Inc. referral

07  Signed Acknowledgement

08  ROV