# EXHIBIT B

1

**EDWARD M. ROBINSON (CA Bar 126244)**
Rachael A. Robinson (CA Bar 313991)
Lisa Houlé (CA Bar 207303)

2

21515 Hawthorne Blvd , Suite 730

3

Torrance, CA 90503
Office:  (310) 316-9333
Facsimile: (310) 316-6442

4

eroblaw@gmail.com

5

Attorneys for Defendant

6

*Edward Yasushiro Arao*

7

8

# UNITED STATES DISTRICT COURT

9

10

## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

11

12

UNITED STATES OF AMERICA,

Case No. 18-CR-00121-SJO-2

13

Plaintiff,

14

v.

**PROPOSED JURY INSTRUCTION RE LIMITED USE OF EVIDENCE**

15

EDWARD YASUSHIRO ARAO, et al.,

16

Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

## DEFENDANT ARAO'S PROPOSED JURY INSTRUCTION

You have heard testimony from witnesses Raul Cervantes Corona, Adalberto Pelayo and Tolliver Hart and seen exhibits related to this testimony. As I have instructed you throughout trial, this evidence is admitted only for a limited purpose. Defendant FERNANDEZ is charged with making false statements in a federal firearm licensee's record ("straw purchases") in violation of 18 U.S.C. § 924(a)(1)(A) and disposing of a firearm to a prohibited person in violation of 18 U.S.C. § 922(d)(1). You have heard evidence regarding his and others' conduct concerning these allegations.

Defendant ARAO is not charged with these two crimes. He is only charged with conspiracy to deal in and the unlawful dealing in firearms without a license in violation of 18 U.S.C. § 371 and 922(a)(1)(A). To the extent that you heard any evidence or saw any exhibits regarding defendant ARAO during these witnesses' testimony, you are only to consider it for the limited purpose of the two crimes charged against defendant ARAO, and not for any other purpose.

1