# Exhibit B

```
                  UNITED STATES DISTRICT COURT

                 CENTRAL DISTRICT OF CALIFORNIA

                              ---

           HONORABLE S. JAMES OTERO, JUDGE PRESIDING

                              ---




   UNITED STATES OF AMERICA,    )
                                )
                                )
                Plaintiff;      )
                                )No. CR 18-121SJO
            VS                  )
                                )
   CARLOS MIGUEL FERNANDEZ,     )
   EDWARD YASUSHIRO ARAO,       )
                                )
                                )
                Defendants.     )
   _____)



              Reporter's Transcript of Proceedings
                    JURY TRIAL - DAY FOUR
                    Los Angeles, California
                   MONDAY, NOVEMBER 18, 2019





              Anne Kielwasser, CRR, RPR, CSR
              Federal Official Court Reporter
              350 WEST 1ST Street, Room 4455
               Los Angeles, California 90012
                 Telephone: (213) 894-2969
                   anne.kielwasser@gmail.com
```

```
 1                      A P P E A R A N C E S

 2

 3     ON BEHALF OF THE PLAINTIFF:

 4     Katherine A Rykken
       Veronica Dragalin
 5     AUSA - Office of US Attorney
       General Crimes Section
 6     312 North Spring Street Suite 1200
       Los Angeles, CA 90012
 7     213-894-3659
       Fax: 213-894-0141
 8     Email: Katherine.rykken@usdoj.gov
       Email: Veronica.dragalin@usdoj.gov
 9
       Also Present:  Agent Tolliver Hart
10                    Agent David Hamilton

11
       ON BEHALF OF THE DEFENDANT EDWARD Y. ARAO:
12

13     Edward M Robinson
       Rachel Robinson
14     Edward M. Robinson A Professional Law Corporation
       21515 Hawthorne Boulevard Suite 730
15     Torrance, CA 90503
       310-316-9333
16     Fax: 310-316-6442
       Email: Eroblaw@gmail.com
17
       Lisa Victoria Houle
18     Houle Law APC
       1230 Rosecrans, Suite 300
19     Manhattan Beach, CA 90266
       424-332-9079
20     Lisa@houle-law.com

21
       ON BEHALF OF THE DEFENDANT CARLOS M. FERNANDEZ:
22

23     Ambrosio Eduardo Rodriguez
       Michael J Hanagan
       The Rodriguez Law Group
24     626 Wilshire Boulevard Suite 460
       Los Angeles, CA 90017
25     213-995-6767
       Email: Aer@aerlawgroup.com
```

```
 1                              INDEX

 2     WITNESS:                                              PAGE:

 3
       WITNESS, ADALBERTO PELAYO, PREVIOUSLY Sworn             18
 4     CROSS-EXAMINATION (RESUMED) BY MR. RODRIGUEZ            19
       REDIRECT EXAMINATION BY MS. RYKKEN                      43
 5     WITNESS, TOLLIVER HART, SWORN                           49
       DIRECT EXAMINATION BY MS. DRAGALIN                      49
 6     CROSS-EXAMINATION BY MR. ROBINSON                      143
       CROSS-EXAMINATION BY MR. RODRIGUEZ                     146
 7
                                 *****
 8
                                EXHIBITS
 9
       Exhibit No. 205 received in evidence                    51
10
       Exhibit No. 206 and 207 received into evidence          53
11
       Exhibit No. 124 received into evidence                  65
12
       Exhibit No. 147 received into evidence                  95
13
       Exhibit No. 155 received into evidence                  98
14
       Exhibit No. 159 received in evidence                   107
15
       Exhibit No. 199A received into evidence                111
16
       Exhibit No. 201A received into evidence                112
17
       Exhibit No. 101D, 101E, 101N and 101I received         135
18     into evidence

19                              ******

20

21

22

23

24

25
```

```
15:11:21   1    A.     Yes.
15:11:22   2    Q.     I'm going to show you what's been admitted as Exhibit
15:11:33   3    169A, page 1.  What is the source of this information?
15:11:43   4    A.     One of Camacho, Jr.'s iPhones.
15:11:47   5    Q.     And in particular what particular application?
15:11:50   6    A.     WhatsApp
15:11:51   7    Q.     And who is the conversation between?
15:11:55   8    A.     Camacho, Jr. and defendant Fernandez.
15:11:58   9    Q.     Can you please read the date of these messages?
15:12:01  10    A.     March 24th, 2017.
15:12:04  11    Q.     And can you read the first message from defendant
15:12:07  12    Fernandez?
15:12:08  13    A.     "The Chinese now is not doing paperwork.  Law
15:12:15  14    enforcement came, and he needs to update some shit to be able
15:12:18  15    to do paper."
15:12:20  16    Q.     During the course of your investigation, did you learn
15:12:25  17    what the Chinese or in Spanish "El Chino" refers to?
15:12:30  18    A.     It appears to be a reference to defendant Arao.
15:12:33  19    Q.     But you don't know that for certain?
15:12:36  20    A.     No.
15:12:36  21           MR. ROBINSON:  I object and move to strike as pure
15:12:40  22    speculation.
15:12:41  23           THE COURT:  Yeah the motion is granted.  The
15:12:43  24    response is struck.  The jury is ordered to disregard it.
15:12:47  25           MR. ROBINSON:  Thank you.
```

```
15:12:49   1    BY MS. DRAGALIN:
15:12:50   2    Q.    Given the timing of this text message, March 24, 2017,
15:12:52   3    was there something that had happened the previous month,
15:12:57   4    February 2017, relevant to defendant Fernandez and defendant
15:13:02   5    Arao?
15:13:02   6          MR. ROBINSON:  Same objection, Your Honor.  Calls
15:13:04   7    for speculation.  Also irrelevant under 4 --
15:13:07   8          THE COURT:  Yeah, the question is way too broad.
15:13:10   9    I'm not sure what point you're trying to make, but you can
15:13:13  10    rephrase.
15:13:14  11    BY MS. DRAGALIN:
15:13:14  12    Q.    Was there an audit done that you discussed last week?
15:13:18  13          MR. ROBINSON:  It is the same objection.
15:13:20  14          THE COURT:  It could be answered "yes" or "no" was
15:13:23  15    there an audit done?
15:13:23  16          THE WITNESS:  There is an audit --
15:13:25  17          THE COURT:  "Yes" or "no."
15:13:26  18          THE WITNESS:  Yes.
15:13:27  19          THE COURT:  Thank you.
15:13:30  20    BY MS. DRAGALIN:
15:13:30  21    Q.    And do you know the date of the audit?
15:13:32  22    A.    I remember it was around February 2017.
15:13:37  23    Q.    Can you read the next message from defendant
15:13:40  24    Fernandez?
15:13:42  25    A.    "So, we would have to do it at Turner's."
```

C E R T I F I C A T E

I hereby certify that the foregoing is a true and correct transcript of the stenographically recorded proceedings in the above matter.

Fees charged for this transcript, less any circuit fee reduction and/or deposit, are in conformance with the regulations of the judicial conference of the united states.

/S/Anne Kielwasser
_____   _11/29/2019_
Anne Kielwasser, CSR, RPR          Date
Official Court Reporter