# Exhibit D

```
1                UNITED STATES DISTRICT COURT

2               CENTRAL DISTRICT OF CALIFORNIA

3                           ---

4        HONORABLE S. JAMES OTERO, JUDGE PRESIDING

5                           ---

6

7

8   UNITED STATES OF AMERICA,    )
                                 )
9                                )
                                 )
10            Plaintiff;         )
                                 )No. CR 18-121SJO
11            VS                 )
                                 )
12   CARLOS MIGUEL FERNANDEZ,    )
     EDWARD YASUSHIRO ARAO,      )
13                               )
                                 )
14            Defendants.        )
     _____ )
15

16
                 Reporter's Transcript of Proceedings
17                    JURY TRIAL - DAY SIX
                      Los Angeles, California
18              WEDNESDAY, NOVEMBER 20, 2019

19

20

21

22

23            Anne Kielwasser, CRR, RPR, CSR
              Federal Official Court Reporter
24            350 WEST 1ST Street, Room 4455
              Los Angeles, California 90012
25               Telephone: (213) 894-2969
                 anne.kielwasser@gmail.com
```

UNITED STATES DISTRICT COURT

```
 1                       A P P E A R A N C E S

 2

 3    ON BEHALF OF THE PLAINTIFF:

 4    Katherine A Rykken
      Veronica Dragalin
 5    AUSA - Office of US Attorney
      General Crimes Section
 6    312 North Spring Street Suite 1200
      Los Angeles, CA 90012
 7    213-894-3659
      Fax: 213-894-0141
 8    Email: Katherine.rykken@usdoj.gov
      Email: Veronica.dragalin@usdoj.gov
 9

10
      ON BEHALF OF THE DEFENDANT EDWARD Y. ARAO:
11

12    Edward M Robinson
      Rachel Robinson
13    Edward M. Robinson A Professional Law Corporation
      21515 Hawthorne Boulevard Suite 730
14    Torrance, CA 90503
      310-316-9333
15    Fax: 310-316-6442
      Email: Eroblaw@gmail.com
16
      Lisa Victoria Houle
17    Houle Law APC
      1230 Rosecrans, Suite 300
18    Manhattan Beach, CA 90266
      424-332-9079
19    Lisa@houle-law.com

20
      ON BEHALF OF THE DEFENDANT CARLOS M. FERNANDEZ:
21

      Ambrosio Eduardo Rodriguez
22    Michael J Hanagan
      The Rodriguez Law Group
23    626 Wilshire Boulevard Suite 460
      Los Angeles, CA 90017
24    213-995-6767
      Email: Aer@aerlawgroup.com

25
```

```
08:35:16   1    WEDNESDAY, NOVEMBER 20, 2019                    8:30 A.M.
08:35:16   2                              ~ ~ ~
08:35:16   3                     JURY TRIAL - DAY SIX
09:06:51   4                              ~ ~ ~
09:06:51   5           THE COURT:  We're back on the record on the United
09:06:53   6    States versus Arao and Fernandez.
09:06:54   7               We have counsel present with the defendants
09:06:58   8    present.
09:06:59   9               Please have a seat.
09:07:00  10               So, we have some preliminary matters to
09:07:03  11    cover.  First, I want to make sure that the lawyers have had
09:07:05  12    an opportunity yesterday to review and examine all the
09:07:09  13    exhibits that will be provided to the jury.
09:07:11  14               Has that been done?
09:07:13  15           MS. DRAGALIN:  Yes, Your Honor.
09:07:18  16           MR. HANAGAN:  We did, Your Honor.
09:07:20  17           THE COURT:  And I want to make sure that we have
09:07:21  18    copies for each of the jurors -- regarding the jury
09:07:25  19    instructions.
09:07:25  20           MS. RYKKEN:  We do.  I'll note that defense
09:07:27  21    counsel for defendant Arao took a copy.  I don't know if it
09:07:30  22    was put back.
09:07:33  23           THE COURT:  And I noticed that Mr. Robinson is not
09:07:35  24    here today.
09:07:37  25           MS. ROBINSON:  He is just downstairs on another
```

| | | |
|---|---|---|
| 09:07:40 | 1 | case.  He will be available. |
| 09:07:42 | 2 | **THE COURT:**  Okay.  Yeah, there are certain issues |
| 09:07:48 | 3 | that we need to discuss this morning, and Mr. Robinson is |
| 09:07:51 | 4 | required to be here.  I understand he's in another court. |
| 09:07:54 | 5 | So, when he arrives, we can take up those issues. |
| 09:07:57 | 6 | And I want to make sure that the defense has |
| 09:08:00 | 7 | had an opportunity to review all of the jury instructions and |
| 09:08:04 | 8 | the government to make sure that all of the instructions that |
| 09:08:07 | 9 | will be given to each of the jurors are all in order and are |
| 09:08:11 | 10 | agreed to. |
| 09:08:12 | 11 | Has that been done? |
| 09:08:13 | 12 | **MS. RYKKEN:**  Yes, Your Honor. |
| 09:08:15 | 13 | **MS. ROBINSON:**  Yes, Your Honor. |
| 09:08:16 | 14 | **THE COURT:**  And then we have the verdict form. |
| 09:08:19 | 15 | Verdict form that has been reviewed by everyone.  We have -- |
| 09:08:22 | 16 | Mr. Rodriguez is not here. |
| 09:08:26 | 17 | **MR. HANAGAN:**  Your Honor, Mr. Rodriguez is here. |
| 09:08:28 | 18 | He just stepped out for a moment.  We've reviewed the verdict |
| 09:08:32 | 19 | form. |
| 09:08:32 | 20 | **THE COURT:**  Okay.  And you're here on behalf of |
| 09:08:33 | 21 | your client. |
| 09:08:35 | 22 | **MR. HANAGAN:**  Yes, that's correct. |
| 09:08:39 | 23 | **THE COURT:**  So, are there any housekeeping matters |
| 09:08:42 | 24 | to address before we move to the new motion that has been |
| 09:08:47 | 25 | filed this morning? |

5

```
09:08:48   1         MS. RYKKEN:  The only other item going back to the
09:08:51   2   jury is the trial indictment, which I've given to both
09:08:54   3   defense counsel.  So, I assume they have read it and that
09:08:56   4   they are fine with it.
09:08:58   5         MS. ROBINSON:  Yes, we have, Your Honor.
09:09:00   6         MR. HANAGAN:  We have, Your Honor.
09:09:01   7         THE COURT:  And when will Mr. Robinson arrive?  Do
09:09:01   8   you have an --
09:09:05   9         MS. ROBINSON:  He was not expecting to be here
09:09:08  10   this morning.  So --
09:09:09  11              We are in contact with him right now.  He's
09:09:11  12   representing another witness in another trial, so --
09:09:14  13         THE COURT:  So, when -- I'm not sure.
09:09:16  14              Is he in another court?
09:09:19  15         MS. ROBINSON:  He is in Judge Phillips's court.
09:09:23  16         THE COURT:  Okay, when is he going to conclude
09:09:26  17   with Judge Phillips?
09:09:27  18         MS. HOULE:  Your Honor, let me say this.  If you
09:09:30  19   need Mr. Robinson here now, we will get him here now.
09:09:36  20         THE COURT:  Okay, let's have Mr. Robinson here.
09:09:36  21         MS. HOULE:  Okay.  Thank you.
09:09:43  22         THE COURT:  And I don't want to disrupt Judge
09:09:46  23   Phillips's proceedings, so I want to make sure that he's
09:09:49  24   brought here after he concludes whatever he needs to conclude
09:09:52  25   with Judge Phillips.  Okay?
```

```
09:10:12   1              MS. HOULE:  I see Mr. Robinson coming in, Your
09:10:16   2    Honor.
09:10:16   3              THE COURT:  Okay, Mr. Robinson has arrived.
09:10:21   4              The Court is in receipt of the defendants --
09:10:32   5    Mr. Arao's motion for a curative instruction regarding the
09:10:35   6    government's impermissible arguments on rebuttal, and those
09:10:38   7    are -- that's a caption of the motion, and the government has
09:10:42   8    filed an opposition thereto.
09:10:46   9              The requests for a curative instruction is
09:10:51  10    based on what occurred yesterday, and that is certain
09:10:54  11    arguments made by the government, Ms. Dragalin, regarding
09:11:01  12    evidence of Mr. Arao's or Officer Arao's straw purchases as
09:11:09  13    substantive evidence of guilt.
09:11:11  14              The Court sustained the objections of defense
09:11:16  15    counsel at that time.  I understand that the government is
09:11:24  16    concerned about the Court sustaining the objections.  That
09:11:28  17    being said, the Court stands by its sustaining the objection.
09:11:32  18    The request for a curative instruction is denied.
09:11:36  19              Separate and apart from that, Mr. Robinson,
09:11:39  20    your conduct yesterday was totally unacceptable.  You lost
09:11:43  21    your composure in open court, you directed certain of your
09:11:46  22    comments to -- comments for the lawyers representing the
09:11:50  23    government here and not to the Court.  Your conduct was
09:11:57  24    hostile and open, unprofessional.  You also were
09:12:02  25    disrespectful of Mr. Jenkins.
```

```
09:12:05   1              Mr. Jenkins has been a lawyer in this Court
09:12:08   2   on a number of occasions, on a number of trials.  I've known
09:12:11   3   him for a number of years.  He's a very honorable person.  I
09:12:14   4   do not know the two prosecutors here, but I know Mr. Jenkins.
09:12:19   5   And so at the very least I would suggest that you apologize.
09:12:23   6              MR. ROBINSON:  Your Honor, I apologize to the
09:12:25   7   Court.  I have apologized to Mr. Jenkins.  I've had the same
09:12:28   8   experience with him.  And, Your Honor, I take the Court's
09:12:31   9   admonition very seriously.  I do apologize, and I will not
09:12:35  10   allow that to happen again.
09:12:36  11              THE COURT:  Thank you.
09:12:37  12              With that being said, is there anything else
09:12:39  13   to handle?
09:12:40  14              We're waiting for the jury to return.
09:12:44  15              COURT CLERK:  They're all here.
09:12:46  16              THE COURT:  I think the jury is all here.
09:12:49  17              Yes.
09:12:50  18              MR. ROBINSON:  I'm sorry, Your Honor.
09:12:56  19              THE COURT:  I think Ms. Robinson would like to
09:12:58  20   address the Court.
09:12:59  21              MR. ROBINSON:  She would, but before we do that,
09:13:02  22   Your Honor, I appreciate the Court's indulgence.  I have a
09:13:03  23   witness who's testifying in front of Judge Phillips, and
09:13:07  24   Ms. Robinson is supposed to be capable of doing this.
09:13:08  25              Would the Court please excuse me so that I
```

```
09:13:11   1   can be down there?  I don't know that it's necessary for me
09:13:14   2   to be here for the concluding instructions.
09:13:16   3              THE COURT:  No, I needed you here this morning for
09:13:19   4   the Court to make reference to the conduct yesterday.  That's
09:13:22   5   been done.
09:13:22   6              MR. ROBINSON:  Thank you, Your Honor.  May I be
09:13:24   7   excused?
09:13:25   8              THE COURT:  Yes.
09:13:26   9              MR. ROBINSON:  Thank you.
09:13:27  10              MS. ROBINSON:  Good morning, Your Honor.
09:13:30  11              I just have a brief comment in light of the
09:13:32  12   Court's denial of our motion.
09:13:36  13              I just would like to address and make clear
09:13:39  14   the fact that in the government's opposition to our motion,
09:13:43  15   they cite to the audit report which was never introduced into
09:13:43  16   evidence.
09:13:43  17              The testimony in the trial elicited for
09:13:56  18   direct and on cross-examination by their witness was that
09:13:58  19   there were two issues with the audit report, that the audit
09:14:02  20   report -- they were concerned about some of the buyers, and
09:14:05  21   that Officer Fernandez came up.
09:14:07  22              To the extent that the government now
09:14:09  23   attempts to rely on that audit report not in evidence to
09:14:15  24   support its position, we would argue is further improper
09:14:20  25   conduct, and we would request that the Court take that into
```

```
09:14:26   1    consideration in light of the continued efforts to improperly
09:14:35   2    introduce arguments and evidence that the government should
09:14:38   3    not have.
09:14:39   4               THE COURT:  The request for a curative instruction
09:14:41   5    is denied.
09:14:42   6               And now let's bring the jury out, please.
09:17:33   7               (Following proceedings were held in the presence
09:17:33   8    of the jury.)
09:17:34   9               THE COURT:  Okay, we have our jury assembled today
09:17:36  10    with the alternates.
09:17:37  11               Please have a seat.
09:17:39  12               Okay, the case has concluded, obviously,
09:17:41  13    yesterday.  So, this morning you're going to start your
09:17:44  14    deliberations.  You'll have in the jury room -- you're going
09:17:49  15    to have the jury instructions that I read to you yesterday.
09:17:52  16    Those instructions will guide you on the law that you must
09:17:54  17    apply to the case.  You will recall that at the beginning of
09:18:00  18    case you took an oath to do that.
09:18:01  19               Separate and apart from that, you're going to
09:18:04  20    have all of the exhibits that have been received into
09:18:06  21    evidence.  There were certain exhibits that may have been
09:18:08  22    referenced through the course of trial that have not been
09:18:11  23    received.  If you do not have those exhibits back there, it's
09:18:15  24    because those exhibits have not been received into evidence
09:18:18  25    and not for your consideration then.
```

```
 1                    C E R T I F I C A T E

 2    I hereby certify that the foregoing is a true and correct

 3    transcript of the stenographically recorded proceedings in

 4    the above matter.

 5    Fees charged for this transcript, less any circuit fee

 6    reduction and/or deposit, are in conformance with the

 7    regulations of the judicial conference of the United States.

 8


10    /S/Anne Kielwasser                    12/03/2020
      _____       _____
11    Anne Kielwasser, CRR, RPR, CSR        Date
      Official Court Reporter
12
```