# EXHIBIT A



| | |
|---|---|
| Case#: | 784065-17-0014 |
| Recording: | 170925_0021 |
| Date: | 09/25/2017 |
| Time: | 04:19PM |
| Participants: | S/A DUNCAN, Kyle [Special Agent |
| | S/A HART [Special Agent] |
| | ARAO, Edward |

| | |
|---|---|
| Transcribed by: | N. Escamilla |
| Reviewed by: | A. Snyder |

**Legend:**

[]      = Brackets are used to separate the transcriber's/translator's remarks
           from the original words spoken.
[U/I]  = Unidentified, Unintelligible diction.
[PH]  = Phonetic transcription.
[sic]  =The preceding is written intentionally or is copied verbatim from its original,
           even if it appears to be a mistake.

| NAME | TRANSCRIPTION |
|---|---|
| S/A DUNCAN: | It's, uh, September twenty-fifth, twenty seventeenth.     It's approximately four nineteen pm.    Uh, SA Duncan, SA Hart going to uh attempt to interview Edward Arao at Running Tactical. [Noises] [Pause] |
| ARAO: | What's up, man? |
| S/A DUNCAN: | How you doing, sir? |
| ARAO: | What's going on, man? |
| S/A HART: | Nice to see you again.    But [Stutters] [U/I] sit tight.    [U/I]—[Voices overlap] |
| S/A DUNCAN: | [U/I] recognize me? |
| ARAO: | Yeah.    I, I—yeah.    I figured, I figured when…After that dude, I was like, "Ah." I was like, "That was kind of fishy, but, but yeah."    Um… |
| S/A HART: | [U/I]. |
| S/A DUNCAN: | And we'll get into why with that.    Um, so, uh—[Voices overlap] |
| ARAO: | Just like I don't freakin'—like, I've never—anybody that—there's only one person that's ever done that, at the gun show.    I was like, what the fuck you thinking. [Voices in the background] But it was a male, black with the, with the agency.    Kind of—I don't know if it was you or not. |
| S/A DUNCAN: | It was not me. |
| ARAO: | No? |
| S/A DUNCAN: | [Laughing] |

| | |
|---|---|
| ARAO: | Ontario, Ontario gun show or, or I'm sitting there like…you gotta—And I go, it couldn't be this blatant.   You know?   So, I was like, I go, "Noo. Let's move them and go, go."   So, that's the only time it's ever happened like that, so. |
| S/A DUNCAN: | So, I'm not sure—Uh has anybody reached out to you saying we were gonna probably come try and talk to you? |
| ARAO: | Yeah.   Car-Carlos. |
| S/A DUNCAN: | Yeah. |
| ARAO: | I talked to [U/I]—[Voices overlap] |
| S/A DUNCAN: | Okay. |
| ARAO: | He's one of my good friends, though.   He, he hit me up.   He's like, he's like, "Hey.   You know, I—these guys hit me up, and I signed, like, a [U/I] stop and seize thing."   So… |
| S/A DUNCAN: | Yeah. |
| ARAO: | Uh I always try to think of, you know, what we were doing wrong [Stutters] to [U/I] get this all going.   You know? Oh, and the one thing that hit me up was the, when he did the audit.   The, the, the girl here. You know?   Yeah, she's a ball buster.   But she, she uh, she was [U/I]. I was like, "[U/I] what's the, what's the deal?"   And she's like, "Oh, you—he could, you know, [U/I] deal or anything like that." Dealer, collector, you know, I don't—you know, I—that's what I thought was the big difference, was if someone who was collecting, or who's dealing. 'Cause he's, he collects.   He doesn't—like, he buys the high-end stuff. You know?   So, some of his guns were just way out of our price range |

| | |
|---|---|
| S/A DUNCAN: | Yeah. |
| ARAO: | [U/I] a lot of people would walk past, so. [Clears throat] |
| S/A DUNCAN: | Um, so, the reason we wanted to talk you is, we just kind of wanted to get an idea of how you guys operate here. Um, get a little bit of background. Um, the, uh…thing.   You know, we'll, we'll get into, like, more specific stuff that's to like why I was here earlier, all that too.   Um, but I can tell you, like, I don't, I don't have like—you're not under arrest.   I don't have, like, an arrest warrant or anything like that. |
| ARAO: | All right.   Sweet.   [Chuckles] |
| S/A DUNCAN: | Um… |
| ARAO: | Okay. |
| S/A DUNCAN: | So, uh, yeah.   So, for, for background, how long, uh, have you been, uh, has Ronin existed? |
| ARAO: | Probably about two and a half years. |
| S/A DUNCAN: | Okay. |
| ARAO: | Uh, just about the li—'cause we just renewed the license.   So, we're on our [U/I].   [Noises] |
| S/A DUNCAN: | How did you decide to get in that? |

| | |
|---|---|
| ARAO: | Uh, first it was a hobby thing with me and my partner, John. We were helping guys build an AR-Fifteen.   Then he got into army school, or something like that.   So, we're like, "Oh, hell.   Why don't I just start something, and then…." And it just blew up to where all the guys in South Bay area—'cause we mostly deal with ninety-five percent of cops.   Most of our business and, uh, well, as of last year.   But now it's just freaking dead 'cause the laws changed [U/I].   But, um, we were busy up until about last year, and then it just—[Vocalizes] non-existent now.   So, we were doing that for about, uh, for about three years. And then it just tapered off.   And we still do um parts and stuff for guys and [U/I] that want to upgrade their AR's and then, and that's pretty much it.   Um, handgun stuff, [U/I] not much of [U/I] business.   Um, you know, it's, it's a market for the, the, the guns wasn't very, [U/I]. The, the cost of them… |
| S/A DUNCAN: | Yeah. |
| ARAO: | The, the, the price margin, so we're only making thirty, forty bucks a gun. And so, we weren't, you know, we weren't trying to push [U/I] nothing. A lot of places won't be vendor—they won't let us be vendors because we don't have a whole display set-up.   And… |
| S/A DUNCAN: | Mhm. |
| ARAO: | A whole fun shop.   So, a lot of places just basically denied us, and said, "Hey, you guys don't have like a really…." |
| S/A DUNCAN: | You talking about the gun shows? |
| ARAO: | No, no.   Just the, the business. |
| S/A DUNCAN: | Oh, oh. |

| ARAO: | They want like, you know—you call Sig, and they're like, "Okay, well, we want you to have twenty guns on hand." And then—[Voices overlap] |
| --- | --- |
| S/A DUNCAN: | I get what you're saying, yeah. |
| ARAO: | "You gotta have a fun shot.   You have a, have—" [Voices overlap] |
| S/A DUNCAN: | Okay. |
| ARAO: | And basically, we want into, I wasn't gonna advertise anything around the shop because of what happened with, um—what's the big place down in [U/I] Valley?   Uh, Riffle Care [PH].   They got burged [sic]. |
| S/A DUNCAN: | What happened there? |
| ARAO: | It was a—they all, they, their, their—they got burglarized and stuff. |
| S/A DUNCAN: | Oh, okay. |
| ARAO: | I was like, yeah, I'm not gonna advertise anything.   And nobody knows it's a gun shop unless they go look for the license.   And, so… |
| S/A DUNCAN: | Yeah. |
| ARAO: | That's why the people come by here and they see rim and they're like… and they'll call. |
| S/A DUNCAN: | Mhm. |
| ARAO: | So, that's what—we're mostly set up by appointment and that's it, so. |
| S/A DUNCAN: | Gotcha. |

| | |
|---|---|
| ARAO: | But other than that, I mean, that's how we started, was in, you know. Just, it was just [U/I].   Basically, from going to a hobby to running a business.   And trying to make some money out of it.   And all the money's just been dumped into the, the business aspect.   But other than that, nothing.   It's not very profitable.   So. [Chuckles]. |
| S/A DUNCAN: | Okay. |
| S/A HART: | It seems like, uh—you know, if you're a hobbyist, I always recommend ot for people that are like true hobbyist to get FFLs.   [U/I]—[Voices overlap] |
| ARAO: | Oh, yeah, 'cause we went to [U/I]—yeah.   We went to armory school, and everything else.   And I was like, "Fuck, I paid four hundred and seven dollars at a time for the Remington armory, and then another four hundred and something that was for Colt.   And it's like, "Okay, well, I'll give you a certificate [U/I]."   It's a waste of not doing anything with it, so.   Um, and then, I'm not even the armor at the, the—I'm not even a range master here, so, you know.   My buddy John runs the range, and so he does all that stuff, so. |
| S/A DUNCAN: | So then—all right.   So that's Ronin.   So, how did the—I don't wanna say partnership.   How did the Ronin, slash, the thirty-eight Superman—which has become this—[Voices overlap] |
| ARAO: | Oh that, that? |
| S/A DUNCAN: | This famous thing on, on the internet. |
| ARAO: | Yeah. |
| S/A DUNCAN: | How did that start? |

| ARAO: | Ca-Carlos, he was, he's the collector.    And he knew a few guys that were, that doing the gun shows. [Smacks lips] And so, I was talking to those guys.    And they were like, "Oh yeah, thirty-eight supers is freak—I know—[U/I]. I'm not a thirty-eight super guy.    Uh, freaking, I'm like a forty-five or nine milli-guy.    So, I was like, at that time, I, I never even heard of the thirty-eight super.    You know?    Except for a thirty-eight special.    Like—oh.    And they were like—then.    The guys that were on the gun show um they're Hispanic.    And so, it's very big in Hispanic culture.    So, I did some research.    And I was like, holy shit, this is fucking—it is huge.    You know?    They, they bling out their, you know, their guns and all that stuff.    So, um, they really spend their money into it.    So, I was like, "Well, maybe that's something where we can make more money instead of doing that's like selling less but making more."    So, um, we ended up, uh, going to a few gun shows.    And then, it worked out pretty good.    And we're doing, you know, a gun here and a gun there.    But it wasn't uh, I mean, the money, money-wise, it was a lot better than making thirty dollars. |
|---|---|
| S/A DUNCAN: | Mhm. |
| ARAO: | You know?    We were making three hundred, four hundred dollars deepening on if we're able to sell a gun out.    And I mean, you had to put in another—You had to put, you know, on top of the gun cost, you gotta just, probably like eight hundred dollars.    You put another three, four, five hundred dollars into the, the plating of the parts and the labor and all that stuff.    You know, and you turn around and you sell it for close to two.    You make three hundred bucks.    So, it—that—that's where I was thinking business-wise, I could make more money selling less. |
| S/A DUNCAN: | Mhm. |

| | |
|---|---|
| ARAO: | So.   And, and then, it just, it was just talk between me and Carlos. 'Cause we, we work in the same place.   Uh, we see each other like maybe once, once a week.   'Cause I, I work Sunday through Tuesday. He works Tuesday through Friday.   So, and I'm in patrol and he's in the office, so.   That was just something we just thought, "Oh, we can go do this as a hobby."   Like, with—'cause I have my license.   I just go out there and I can take care of all this stuff while I'm there.   And probably did the gun shows for about a year and a half, I think it was.   Yeah. 'Cause I was not into it.   And it just went from there. |
| S/A DUNCAN: | Really?   Um, so, we're seeing—like, going through AFS records, we see a lot of, some of the same names popping up.   But are there other people you kind of work with? |
| ARAO: | No. |
| S/A DUNCAN: | Other than—[I overlap] |
| ARAO: | That's pretty much, uh—well, other than, um...just Carlos.   That's—he deals a lot of the guns through me. |
| S/A DUNCAN: | Mhm. |
| ARAO: | Um, and then there was a few that I had done for him, when he had sold them to someone and, and they weren't available to go to Turner's. They, you know, whatever.   They, we, I'd meet them up here and then we'd do the transfer here.   Um.   But other than that, nobody, nobody else that we're, we're dealing with. |
| S/A DUNCAN: | Okay. |
| ARAO: | You know? |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 9 of 57

USAO_032750

| | |
|---|---|
| S/A DUNCAN: | For, what about for uh, you mentioned you were, like, fixing up some of these thirty-eights [U/I]?    Was there anyone in particular that was supplying you with some of those…? |
| ARAO: | No.    We—[Voices overlap] |
| S/A DUNCAN: | Used parts and shit? |
| ARAO: | We uses, like, a jeweler for a couple times.    There was a jeweler up in L.A. I don't, I don't have the guy's information.    But it was just basically, tearing it down.    Send all the little parts.    They plate them and then they engraved them.    And then send them back and then we'd put it together.    And that was pretty much… |
| S/A DUNCAN: | Oh. |
| ARAO: | That was pretty much it. |
| S/A HART: | Huh. |
| ARAO: | Yeah.    It was a pain in the ass.    So, [U/I]—[Voices overlap] |
| S/A DUNCAN: | [U/I]. |
| ARAO: | Well, believe me, when it's freakin' a hundred parts, and you're—and, it's, you know, people are—some people would like—and, and it's hard because people like gold.    People like silver.    And the people like the rose gold.    And… |
| S/A DUNCAN: | Yeah. |

| | |
|---|---|
| ARAO: | If it's not—you, you can't make everybody happy.   And then, you're just—look, if it's just the one, then you're focusing on that one particular party.   You know?   So, it's, it's a tough business. |
| S/A DUNCAN: | So, customers come to you first, and tell you what the wanted?   Or would you just make all those different things?   [Voices overlap] |
| ARAO: | No.   They'll see, they'll see enough—they'll show, they'll show a picture, and go, "Hey, we want—I was looking for something like this." |
| S/A DUNCAN: | Mhm. |
| ARAO: | And we'll be like, "Well, this is what it's gonna cost you."   And some of them are like, "No, i's too expensive."   Or we would tell them, "Well, you can buy the gun, and then you can find someone."   Um, we'd recommend, we'd, like, we sent them out to a couple, I think, uh, to Long Beach.   There was a guy who specializes in, in uh, doing the engraving and, and customizing like the trigger.   And, and, and basically, the Colts. He just basically does Colts.   And uh, I think he's on Long Beach.   We sent a few people over there.   And he does the plating as well.   So. 'Cause some platers, some platers are better than others.   And um some guys buff the guns better than others.   So, it, it all depends on the cost of what they want to spend.   We would just—most of the time, we'd just tell them, "Hey, go here.   You know?   Contact this person."   And, you know, whether they did or not, nobody knows. |
| S/A DUNCAN: | So, is that, were those people you met at, at the gun show or those people contacting Carlos on the street? |
| ARAO: | Those are—yeah.   Mostly, they would be guys that just meet at the gun show. |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 11 of 57

USAO_032752

| | |
|---|---|
| S/A DUNCAN: | Okay. |
| ARAO: | I, I don't know if it was through Carlos's, um, Instagram or whatever. But you know, we, he would put out, "Hey.   We're gonna be at the gun show."   Then all these guys would walk around and, and they find, they would find us.   And then uh, you just, uh, go from there.   And start, start talking to everybody there, so. |
| S/A DUNCAN: | Um, and then, sometimes, speaking of, of the Instagram, sometimes Carlos would advertise firearms on, uh, he, he'd put pictures of firearms for sale.   And sometimes they weren't, they weren't his.   Sometimes they belonged to other people.   So, did you ever ask him about that, or…? |
| ARAO: | Oh, those— yeah.   Those were—yeah, yeah.   Those were—yeah. Those were, like, some—yeah.   Some of the ones I had.   Um, I think they were, like, the… |
| S/A DUNCAN: | [U/I]. |
| ARAO: | Yeah, that one.   That was the problem.   Yeah. |
| S/A HART: | Yeah.   [Chuckles] |
| ARAO: | So, that's just, you know, it's just in there.   And now it's just collection dust now.   Now, I got I, I gotta get rid of it, 'ause it's—I'm the same way.   It's, like, um, I like the old, like the nineteen twenty-nine.   Uh, I had actually just got one of those.   A nineteen twenty-nine, thirty-eight super.   So, I like the old, first-gen, well, first build, second build. And—'cause it's just a—I have, kind of, like, a history thing.   So, I was like, I'd rather have the older ones than the, the shiny new ones, so. |

| | |
|---|---|
| S/A DUNCAN: | Mhm. |
| ARAO: | And, uh, to get those you—I mean, they, they run four, four to eight grand for some of them, so, you know? |
| S/A DUNCAN: | Okay.   Sounds good.   Uh, let's see.   I guess, one other question I have was about when Carlos would, uh, sometimes people would respond to, to his pictures on Instagram. |
| ARAO: | Uh-huh. |
| S/A DUNCAN: | And he'd coordinate, and he had—once in a while he brought them here, um, to actually do the deal.   And [U/I]—[Voices overlap] |
| ARAO: | Right.   Well, [Stutters] yeah.   I would, actually talk to them.   Like, uh, I'd meet them.   And, and see what their—I, generally, I, I want to get a feel for the person who owns, is getting a gun. |
| S/A DUNCAN: | Mhm. |
| ARAO: | 'Cause you know, I'm, I'm working lawfully.   I'm not trying to get, hand over some to somebody that I don't really trust.   And that they, they don't have you know, idea or anything.   That's like—I, I like to get a feel for who, I'm, I'm dealing with.   So I talk to them personally before—and then, um, I'll show them the gun here.   And then it goes from there.   So. |
| S/A DUNCAN: | So, was there ever a time that you saw someone that it just didn't feel right? |
| ARAO: | Nah.   Um…well, it—[Voices overlap] |
| S/A DUNCAN: | Even that deal that went through, it didn't go through? |

| | |
|---|---|
| ARAO: | Yeah, we had, uh, we had two.   Uh, one was, uh—[Voices overlap] |
| S/A DUNCAN: | That didn't go through? |
| S/A DUNCAN: | Not including this guy. |
| ARAO: | No, not that—but two.   [Laughter] These were—but one—they were both fakes, 'cause one had a, I guess a DUI case pending. So, DOJ picked, kicked that through.   Uh, he went to court the following week, got that taken care of, and then came back and [U/I], and that went through. And another kid, uh, that wasn't even a thirty.   That was, like, that was for a lower.   Uh, his ID was expired.   And he had gotten—'cause DMV got that, uh, reinstated.   And, other than that, I mean, those two, I think those were the only two that I got ever kicked back. |
| S/A HART: | Hm. |
| ARAO: | Through uh Cal-DOJ. |
| S/A HART: | All right. |
| ARAO: | Um, but nothing, uh, nothing through like ATF or anything like that. I've had one person call, I think, uh to Tree Center.   And I never heard after that, what happened with that. |
| S/A DUNCAN: | Was there ever a time that—[U/I] what a straw [PH] purchase is? Where, like, someone that's not heard of [U/I]—[Voices overlap] |
| ARAO: | Yeah, when someone's gonna buy something for someone. |
| S/A DUNCAN: | Did you ever see, like, two people come in together? |
| ARAO: | Uh, well the two that came—[Voices overlap] |

| | |
|---|---|
| S/A DUNCAN: | Like a, like a woman coming n with, like, a boyfriend or something? Or…? |
| ARAO: | Yeah, I don't remember.   I know I sold to a couple females.   But…I don't know if they—she came in with her kid. |
| S/A HART: | Hm. |
| ARAO: | So, she, she, she brought her kid here.   I didn't see a guy with her.   Um. And then the other females I saw, they're all, they're mostly, they're cops. |
| S/A HART: | Mhm. |
| ARAO: | So, I mean, it's, uh…yeah.   Not that I could tell that, you know, something like that.   I mean, the two, two of the guys did come in.   But they're brothers.   But they both bought some.   That defeats the purpose of… |
| S/A DUNCAN: | What were their names? |
| ARAO: | Uh, I don't, I don't remember.   Um.   This is probably, maybe a year, a year ago, maybe. |
| S/A DUNCAN: | Do you remember where they were from? |
| ARAO: | Um, they're from up North. |
| S/A DUNCAN: | Okay. |
| ARAO: | I think.   I think, dude say, uh, I want to say Bay area.   But somewhere— [Voices overlap] |
| S/A HART: | Salinas? |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 15 of 57

USAO_032756

| ARAO: | Um, may—[Sighs] Would—that's up in the bay area? |
|---|---|
| S/A DUNCAN: | Yeah.   It's just, it's a little bit south of [U/I]—[Voices overlap] |
| ARAO: | Yeah, I don't—yeah.   I couldn't tell you [U/I]—[Voices overlap] |
| S/A DUNCAN: | Yeah, I've never heard of it before either. |
| ARAO: | [Chuckles] |
| S/A HART: | So… |
| S/A DUNCAN: | So, they're brothers? |
| ARAO: | Yeah.   Two brothers—[Voices overlap] |
| S/A DUNCAN: | Two brothers [U/I]? |
| ARAO: | Two brothers came here.   And they, they purchased a, a few guns.   And then, uh, I filled out the little, multiple transfer for multiple guns for just one of them.   'Cause [U/I] them too, so. |
| S/A DUNCAN: | Did anyone else from that family purchase anything? |
| ARAO: | No.   Just—[Voices overlap] |
| S/A DUNCAN: | Just the brothers? |
| ARAO: | Just the two brothers.   Yeah. |
| S/A DUNCAN: | 'Cause you actually sold them to two brothers and a father.   Well, that's one brother and a father, I should say.   One person and a, and his father; I should say.   Not brother. |
| ARAO: | No.   I think it was the two brothers. |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 16 of 57

USAO_032757

| | |
|---|---|
| S/A DUNCAN: | Oh, okay.   Well, there's, there's [U/I]—[Voices overlap] |
| ARAO: | I mean, I'm pretty sure they were—yeah. |
| S/A DUNCAN: | I saw the—yeah.   I saw similar last names, so it could be other people that we're, we're speaking off. |
| ARAO: | Yeah, may—oh, may—well, maybe, yeah.   That—[Voices overlap] |
| S/A DUNCAN: | But there's one that, there's one that—[Voices overlap] |
| ARAO: | I know there's two brothers.   I, I remember I sold them it was like four guns to two brothers, or something like that.   They were here at the same time, so, um, that one I can remember. |
| S/A DUNCAN: | And they were thirty-eights?   Or thirty-two [U/I]? |
| ARAO: | I—yeah.   They were just the regular, plain, thirty-eight supers. |
| S/A DUNCAN: | And it was just four that, that one time?   Or is that over the course of some time??   You met with them a few times? |
| ARAO: | I think it was just that one time. |
| S/A DUNCAN: | Oh, okay. |
| ARAO: | Yeah.   So, it was two.   I think it was two and two.   If I remember right. |
| S/A DUNCAN: | Um, and then, uh—and, you know, a lot of what we're describing is also the reason why we're here, too.   Because of—it's—there's definitely some issues with the way you guys are operating. |
| ARAO: | Okay. |

| | |
|---|---|
| S/A DUNCAN: | Um, so, basically, Carlos, he's, basically, what he's doing, he's dealing without a license. |
| ARAO: | Okay. |
| S/A DUNCAN: | And then, every time that he's—you and him are, you know, working together.   He's sending you over, he's sending you guns over, sending customers over.     Things like that, you're, it's uh, you're aiding in a betting, when you're doing there.   So… |
| ARAO: | Even if I have the license and I'm selling or…? |
| S/A DUNCAN: | Yeah. |
| ARAO: | Is it—[Voices overlap] |
| S/A DUNCAN: | Because you're, you know, you're selling the gun for him.   And he—you know… |
| ARAO: | Okay. |
| S/A DUNCAN: | And uh, so, that plus the fact that every time you—so you guys have a corporation here. |
| ARAO: | Right. |
| S/A DUNCAN: | So when you're transferring it over to yourself and then doing a private party transfer, it's like you're doing a straw purchase every time. |
| ARAO: | Really? |
| S/A DUNCAN: | Yeah.   So because you're—[Voices overlap] |
| ARAO: | That's—[Voices overlap] |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 18 of 57

USAO_032759

| | |
|---|---|
| S/A DUNCAN: | You're filling, you're doing that forty-four seventy-three, you're saying that guns for you. |
| ARAO: | Right. |
| S/A DUNCAN: | You're transferring it to yourself and then you're turning around and you're selling it. |
| S/A HART: | Very short timeline. |
| S/A DUNCAN: | Yeah. |
| ARAO: | Right.   Well, even though we're... |
| S/A DUNCAN: | Yeah. |
| ARAO: | Exempt from the roster, California roaster? |
| S/A DUNCAN: | Um, and that—[Voices overlap] |
| S/A HART: | It has nothing to do with that. It has to do with just the, the firearms.   Just because of—it doesn't matter roster [U/I], it doesn't matter. |
| ARAO: | Okay. |
| S/A HART: | For this.   We're just talking about for federal, purposes of federal law. The FFL, it—the corporation has the FFL not you personally.   So once it gets transferred to you personally… |
| ARAO: | Okay. |
| S/A HART: | Just like a, anyone else selling a firearm.   But when you're purchasing it, and then a week later you're selling it, that forty-four seventy-three that— when you're saying this is just for me… |

| | |
|---|---|
| ARAO: | Right. |
| S/A HART: | That's not, that's not exactly true when you're buying it for the purposes of just selling it, right after.   A short time after. |
| ARAO: | Okay. |
| S/A DUNCAN: | Right. |
| S/A HART: | So that's where, that's where the trouble is at.   Do you understand?   Or do you want me to… |
| ARAO: | Yeah.   Kind of. |
| S/A HART: | [U/I]? |
| ARAO: | Yeah.   Kinda—o-okay. |
| S/A HART: | It's kind of hard.   I, I—our general council is the one that—this, this is well above us.   [U/I] law enforcement agencies all the way—[Voices overlap] |
| ARAO: | Yeah.   All right. |
| S/A HART: | Our, our division, our general council in DC… |
| ARAO: | Okay. |
| S/A HART: | Have gone through this.   And that's, that's the [U/I]. |
| ARAO: | That's—okay.   So that's what the federal laws are saying? |
| S/A HART: | Yes. |
| ARAO: | Okay. |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 20 of 57

USAO_032761

| S/A DUNCAN: | And that's…and the reason we're here, and I called you directly is 'cause we, we wanna handle this as low-key as we can. |
| ARAO: | Okay. |
| S/A DUNCAN: | You know?   We don't want to make this some sort of big ordeal. |
| ARAO: | Right. |
| S/A DUNCAN: | Um.   Um.   But there are, there are a lot of issues.    And uh, you know? Not only that, but there were a lot of issues with your paperwork too. We're, you know, a lot of, it looks like some multiple sales haven't been filled out.   Some, uh, you know, there's serial numbers that don't match up with… |
| ARAO: | Uh-huh. |
| S/A DUNCAN: | Other guns.   So, and that could just be an honest mistake.   Um.   So, that's why we want to come here and just, just talk to you, and just get a feel for you and what you're… |
| ARAO: | Oh.   Yeah. |
| S/A DUNCAN: | And that's why I was here. |
| ARAO: | [Coughs] |
| S/A DUNCAN: | Because I wanted to see… |
| ARAO: | Oh, how we operate or… |
| S/A DUNCAN: | Yeah. |
| ARAO: | How I operate and so forth. |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 21 of 57

USAO_032762

| | |
|---|---|
| S/A DUNCAN: | Yeah.   So, uh, um, what's, uh, your partner, uh, John, what's his involvement here in, uh, in, in, in with Ronin—[Voices overlap] |
| ARAO: | Yeah.   He was the one—he was—no.   He was basically just the, the labor guy, building, and, and—pretty much, that's what it was, is putting together the AR, you know, parts for, you know, the guys that wanted an AR [U/I], and that's pretty much it. |
| S/A DUNCAN: | That's what it sounded like. |
| ARAO: | Yeah.   It's, I mean, he's not—[Voices overlap] |
| S/A DUNCAN: | It doesn't, it doesn't sound like he's doing very many of the transfers or anything like that. |
| ARAO: | Yeah, no.   He's just, whatever he's buying, he's buying for himself, and so forth, so. |
| S/A DUNCAN: | Gotcha. |
| ARAO: | Um, yeah.   He's, he's not [U/I], I think, so. |
| S/A DUNCAN: | Yeah. |
| ARAO: | You know? |
| S/A DUNCAN: | So… |
| ARAO: | [Coughs] |
| S/A DUNCAN: | The way we'd like to handle this, and like I said., to keep this as lowkey as possible, is, we do have the paperwork that you can, you can sign to surrender your license. |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 22 of 57

USAO_032763

| | |
|---|---|
| ARAO: | Okay. |
| S/A DUNCAN: | You surrender your FFL.   What happens after that is, I, you know, the, the ILI, the Industry Ops investigators, the people that came here and did the inspection? |
| ARAO: | Uh-huh. |
| S/A DUNCAN: | I would get with them.   They would contact you.   And they'd, basically, get with you, and go over what all you have to do.   And, and [U/I] basically, it comes down to you handing in all your paperwork, and then you would have to figure out what you're gonna do with all the, your inventory. |
| ARAO: | Well, only—let me, I mean, I mean, like—I'll—only—yeah.   I mean, I'll—[Voices overlap] |
| S/A HART: | [U/I] answer [U/I]—[Voices overlap] |
| S/A DUNCAN: | The inventory [U/I] goes. |
| ARAO: | Yeah.   The inventory.   Okay. |
| S/A DUNCAN: | No, we don't—it's not like we're gonna come in and seize it. |
| ARAO: | [Sighs] |
| S/A DUNCAN: | Uh, but I think that's the best way for you to just do this, show that you were, you know, cooperating with us.   I know it sucks.   Uh, and it's gonna avoid any of this being taken up… |
| ARAO: | [Sighs] |
| S/A DUNCAN: | Uh… |

| ARAO: | Right. |
|---|---|
| S/A DUNCAN: | And being a, a bigger deal than, I guess, the way it should, than what it should be.   And, uh, so, it looks like you're pondering right now.   So, I'll let you think about it for a—[Voices overlap] |
| ARAO: | Yeah, I mean, that's freakin'—well… |
| S/A HART: | We have some photos, too. |
| S/A DUNCAN: | Oh, yes.   [Voices overlap] |
| ARAO: | I didn't, I wasn't expecting the, to surrender the lot, the license and all that stuff too.   So, um… |
| S/A DUNCAN: | It's… |
| ARAO: | Shit.   That's… |
| S/A DUNCAN: | It is a—I, I know it's—there's a lot to kind of, I guess you'd say, wrap your head around.   But it is, I guess you'd say, more serious than you would, than you would think.   Um.   And—but at the same time, we'd like to make it to where it's, you know, we keep it lowkey, and not make a big deal. |
| ARAO: | Mhm. |
| S/A DUNCAN: | Um.   You, while you think about that, I do have some photos.   I was gonna see if you recognize any of these people. |
| ARAO: | Yeah. |
| S/A DUNCAN: | Uh.   If you could help us out with that. [Noises] Uh, uh, it looks like you've got an idea of where you want to start there. |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 24 of 57

USAO_032765

| | |
|---|---|
| S/A HART: | Oh, it's—Recognize this individual? |
| ARAO: | No. |
| S/A HART: | All right.   All right.   Recognize this individual? |
| ARAO: | Yeah. |
| S/A HART: | All right then.   Who's that? |
| ARAO: | Um.   I call him Chuy [PH].   Basically, um, uh, met him at the gun show.   And, uh, [Sighs] he, I think he owns a restaurant, a restaurant business.   So, that's—and he's bought a few—yeah.   He's bought a few from us, and from me. |
| S/A DUNCAN: | Do you know how, how you ended up getting introduced to him? |
| ARAO: | Um.   Yeah.   That was uh, the, through the gun show. |
| S/A DUNCAN: | Through gun shows? |
| ARAO: | Yeah. |
| S/A DUNCAN: | Okay.   Um.   So, it wasn't—he didn't know you beforehand? |
| ARAO: | No. |
| S/A DUNCAN: | He just kind of showed up? |
| ARAO: | Yeah. |
| S/A DUNCAN: | Okay. |
| ARAO: | I think it was at the Ontario.   I think it was. |

| | |
|---|---|
| S/A DUNCAN: | Okay.   Um.   Did, did he mention anything about like—and we're just trying to get, see if you could help us with some of this stuff. |
| ARAO: | [Clears throat] Mhm. |
| S/A DUNCAN: | Uh.   Did he mention what he does doing with the guns?   If he was, uh, you know, if he was turning around and selling them?   Or if he was collecting or…? |
| ARAO: | Yeah.   [Stutters] Basically, a collector. |
| S/A DUNCAN: | Okay. |
| ARAO: | Yeah.   'Cause he, he bought some high end stuff.   So.   If I remember right, it was, uh…he spent, he spent, like, twelve on a pair.   Then another nine on another pair.   But those, those guns that I bought from him, were almost ten thousand for a pair.   And then, bought them from Arizona.   And then… |
| S/A DUNCAN: | Oh, okay. |
| ARAO: | Sold it to him.   That kind of thing. |
| S/A DUNCAN: | Yeah.   I mean, any—I guess what we're looking for is red flags. Because we know that being in the line of work you're in, you, you have, I'm sure you have a good sense.   [Chuckles] |
| ARAO: | Right, right. |
| S/A DUNCAN: | For that sort of stuff. |
| ARAO: | Yeah. |
| S/A DUNCAN: | So, if there's anything that's, uh, really suspect to you… |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 26 of 57

USAO_032767

| | |
|---|---|
| ARAO: | Yeah. |
| S/A DUNCAN: | Uh… |
| ARAO: | No, nah.    Nothing with him that I picked, that I picked, that I picked up on. |
| S/A DUNCAN: | Okay.    Do you what, like uh what part of town he lives in?    Or anything else about that? |
| ARAO: | Uh.   He—yeah.   Uh.   He lives on um...I think it's Chino or Chino Hills.   Chino. |
| S/A DUNCAN: | Okay. |
| ARAO: | I think Chino. |
| S/A DUNCAN: | Uh, that makes sense.    Okay. |
| S/A HART: | Uh.   You mentioned, uh, Arizona.    So, you were getting to, that was the source of some of the… |
| ARAO: | Yeah.    Some of it, some of it—there's a collector out there, who, he's a gun broker, and, uh, his name is, I think, Tom.   Uh, he'd—that's all he does, is sell Colts, and that's where I, I was able to locate a couple of the guns, and, and, um, and got them from him. |
| S/A HART: | Did you contact him through, through a gun brother? |
| ARAO: | Yeah.    Well, I would have to auction and actually bid on a few. |
| S/A HART: | Oh, okay. |
| ARAO: | And then, and then won a few.    Yeah. |

| | |
|---|---|
| S/A HART: | Did Carlos also do the same thing? |
| ARAO: | Yeah.   I think he bought through the same guy, Tom.   I think he auctioned.   'Cause it's all, it was all auction.   I don't know if you're able to—'cause once the gun is on the auction, you can't really call the guy, and tell him to take it off.   [U/I] auctioning works, so. |
| S/A HART: | Okay. |
| ARAO: | That's just how a gun broker works. |
| S/A DUNCAN: | Oh, okay. |
| S/A HART: | Did you guys ever advertise on gun broker?   Or did you just…? |
| ARAO: | No.   Yeah.   I, I just never—it's just, I don't have much time.   I don't have time to… |
| S/A HART: | Yeah.   [U/I]—[Voices overlap] |
| ARAO: | You know, I, I don't do any advertising, so I, I don't have time for that. |
| S/A DUNCAN: | Uh, were there any other, uh, companies or FFLs that you guys purchased a lot of your guns from?   [Voices overlap] |
| ARAO: | Um, well, just, whatever on gun broker.   There was a few, but I don't—they're, they're all from different states.   Um, I don't—yeah.   I don't remember, like, what states specifically. |
| S/A DUNCAN: | Most of it from that individual in Arizona? |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 28 of 57

USAO_032769

| ARAO: | No, just a few.   That was just a few.   Um.   I picked up a couple from some uh, other shop, some other shop.   Uh. [Sighs] I don't uh, yeah, I couldn't tell you a name off of my head.   Like, I think it's in the Dakotas. One in North or South Dakota.   Um.   Maybe... [Sighs] I think there was a couple from Florida.   But this—whatever, whoever, whoever had the gun, you know, uh I would auction for it, and get it. |
| --- | --- |
| S/A HART: | All right.   Makes sense.   Let's see.   Do you recognize—this is, this is an old picture.   So, let's see, like, if that—do you recognize this individual? |
| ARAO: | No.   That kind of—that does look familiar.   [Music] |
| S/A HART: | Yeah.   See, you last transferred him a firearm in December. |
| ARAO: | Oh yeah.   This was, uh—yeah.   Maravilla.   I think that's, that's—[Voices overlap] |
| S/A DUNCAN: | Uh you cheat. [Voices overlap] |
| ARAO: | That's one of the brothers. |
| S/A DUNCAN: | [Chuckles] It's cheating. |
| ARAO: | Sorry, sorry.   Yeah, he, he came in with his brother. |
| S/A HART: | Okay.   And they both—[Voices overlap] |
| ARAO: | That was the brother.   Yeah.   That was the brother.   And those were— yeah.   That's, that's the name of it.   So, I'm sorry.   Maravilla. |
| S/A HART: | So, the brother [U/I] that was one of the brothers you were talking about? |
| ARAO: | Yeah.   That was one of the brothers. |

| | |
|---|---|
| S/A HART: | Oh, okay.   So, is this the—[Voices overlap] |
| ARAO: | I think it was the older brother. |
| S/A HART: | Was this the, is this the other one?   Is that the younger brother? |
| ARAO: | Yeah, it looks—yeah.   That looks like him. |
| S/A HART: | All right.   So, you don't actually have any transfers to him. |
| ARAO: | I don't? |
| S/A HART: | No. |
| ARAO: | Mm.   I could have sworn they both—was it just him? |
| S/A HART: | No.   You—the first, the first picture I showed you, this is the dad.   These are who you made most of the transfers to. |
| ARAO: | Could I [U/I]?   I couldn't remember.   I know I talked to—[Voices overlap] |
| S/A HART: | Yeah. [Voices overlap] |
| ARAO: | Both of these guys.   And—[Voices overlap] |
| S/A HART: | He would always, supposedly, come with him. |
| ARAO: | Come with him? |
| S/A HART: | For a specific reason. |
| ARAO: | I thought this, I thought it was these two guys. |

| | |
|---|---|
| S/A HART: | It could have been.   It could have been.   They—I mean, these—there a few.   Uh.   Between, between the two of them. |
| ARAO: | I thought it was—[Noises] Maybe this… |
| S/A DUNCAN: | So, you don't recognize him at all? |
| ARAO: | I don't think so.   I wanna say—[U/I] came here, or if it was a gun show. Yeah, 'cause I remember dealing with these two a couple—they, they showed up a couple of times, and then they came back. And—yeah, I don't…yeah, I can't remember this guy. |
| S/A HART: | So, they both came—so—if these guys came together—so—[Voices overlap] |
| ARAO: | Yeah, these guys came, came together.   A couple of times.   And I know he bought—I'm positive he bought, and I thought he did, but maybe—see, I don't remember…yeah, I, I—[Voices overlap] |
| S/A HART: | So, they were both interested in the firearms?   They were both handling the firearms? |
| ARAO: | Yeah. |
| S/A HART: | To, to your recollection. |
| ARAO: | Right.   And I could have sworn I did it with…see, I'm, I'm—yeah, I, [U/I]—[Voices overlap] |
| S/A HART: | [Chuckles] I mean, it was a while ago.   It happened [U/I]—[Voices overlap] |
| S/A DUNCAN: | Yeah. |

| | |
|---|---|
| S/A HART: | It's not like you sold so many that you know, some of the people… |
| ARAO: | Yeah.   I think I only transferred like six hundred and something guns. |
| S/A HART: | And was that, uh—[Voices overlap] |
| ARAO: | And three [U/I]. |
| S/A HART: | That's what I get for rearranging my, my folder.   [Noises] |
| S/A DUNCAN: | These blew away. |
| S/A HART: | I know that.   Um, do you recall if that was, that was here?   They came down here?   Or was this at a, uh, gun show?   That you saw 'em? |
| ARAO | I think these guys these guys came here. |
| S/A HART: | [U/I]. |
| ARAO: | Yeah.   And I don't know if we met…[Sighs] He—'cause we went to, we went to a Sacramento gun show once. |
| S/A HART: | Mhm. |
| ARAO: | I can't recall if he was there or if he came down here. |
| S/A HART: | [U/I].   Just [U/I], uh, I'm sorry [U/I].   It's, it's possible that [U/I]. |
| S/A DUNCAN: | How did you end up at this place? |
| ARAO: | Um.   My buddy owns the shop. |
| S/A DUNCAN: | Oh, okay.   So…okay. |
| ARAO: | Yeah.   I mean, John [U/I]. |

| | |
|---|---|
| S/A DUNCAN: | Oh, okay.   Yeah. |
| ARAO: | [Sighs] |
| S/A HART: | Actually, let's, [U/I] possible that… |
| S/A DUNCAN: | Which one don't you see? |
| S/A HART: | It's possible he didn't actually come down for those that were here. |
| S/A DUNCAN: | Oh. |
| S/A HART: | I see what you're saying.   Carlos used a couple of different FFLs. That are uh… |
| ARAO: | Oh, did he?   Yeah.   I know he, I—[Voices overlap] |
| S/A HART: | Yeah, so. |
| ARAO: | I know he, I used—or he used [U/I]. |
| S/A HART: | Um.   Okay.   So, you do, you do—to the best of your recollection, you do recognize this guy's number? [Voices overlap] |
| ARAO: | Yeah, yeah.   I—yeah. |
| S/A HART: | Is there anything you can recall about those interactions? |
| ARAO: | No.   It was just, they came down.   And then, I couldn't, I couldn't remember much.   But I, I know they came down to check, like, the guns the first time.   And then left.   And then, I think they came, they came back.   And then, decided on which ones they were gonna get, I think. And then, it—just from there. |

| | |
|---|---|
| S/A DUNCAN: | So, at any time that you suspect that guns that he was buying was actually for him or…?   Because I know you, you—[Voices overlap] |
| ARAO: | I don't—yeah.   I thought—I could've sworn—yeah, I—[Voices overlap] |
| S/A DUNCAN: | Based on your memory, you thought you might've sold them anyways, so. |
| ARAO: | Yeah, I, I could've sworn—I thought both of them. |
| S/A DUNCAN: | So, if they came in here, and—that, that's what, you know, we're curious to see if—[Voices overlap] |
| ARAO: | Yeah, I can't remember if… |
| S/A DUNCAN: | If they came in, and the way they were acting [Stutters] you know?   Like I said, like being in the, the line of work you're in, you probably picked up on this—[Voices overlap] |
| ARAO: | Yeah.   I mean, the guys that come—I mean, guys that go into any shop [U/I] if they're looking at guns, they're looking at guns. |
| S/A DUNCAN: | Yeah. |
| ARAO: | Then—yeah.   Then, nothing like…nothing's really stood out. |
| S/A DUNCAN: | Oh, okay. |
| ARAO: | [U/I].   [Noises] |
| S/A DUNCAN: | Like, did he ever—something that he was buying, did he give you the money for it or anything like that?   Do you remember, or…? |
| ARAO: | Yeah, I, I don't really—I, I—I could've s-, I could've sworn both of 'em… |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 34 of 57

USAO_032775

| | |
|---|---|
| S/A DUNCAN: | And like I said, I'm not asking 'cause of you, I'm asking because I'm interested in…[Noises] that.   Yeah.   [Voices overlap] |
| ARAO: | Yeah, I just—[U/I].   Oh.   Yeah, I, I just…[Exhales] Yeah, I don't—[Sighs] I couldn't—I, I don't even remember how they paid.   I know, I know it was, it was probably cash, but I don't…yeah, usually when something—if, if that was the co—that's, that's, I mean, that's a red flag right there.   But there was nothing that, that stood out to me, to where… |
| S/A DUNCAN: | Yeah. |
| ARAO: | It was—yeah. |
| S/A DUNCAN: | And sometimes uh, you know, when it's actually—I guess, when the interaction's actually happening, you're like; "Oh, you know, it's not that big of a deal.   It's normal."   But them sometimes after the fact, you're like, "Oh shit.   Maybe that was." |
| ARAO: | Oh.   Yeah, that—[Voices overlap] |
| S/A DUNCAN: | And that's what, that's what I'm… |
| ARAO: | Yeah.   And that, there was nothing.   Um… |
| S/A DUNCAN: | Wondering if that's what, you know, some sort of, something that you saw, uh… |
| S/A HART: | [U/I]. |
| S/A DUNCAN: | Trying to see if we're missing any photos here. [Chuckles] |
| S/A HART: | I don't see anybody else. |
| S/A DUNCAN: | [Sighs] |

| | |
|---|---|
| S/A HART: | So, yeah.   [U/I].    So, how'd it work when it came to the individuals that Carlos would find?   He just shoot you a call and say, "Hey, so I got a, got someone interested in, in buying this?" And then—[Voices overlap] |
| ARAO: | Yeah.   The ones that I, I—yeah.   He'd be like, hey.   I got, I got somebody um who's, who's looking for something.    And then, dude come over, they look at it.   And then, it went from there.   Um.   It wasn't… |
| S/A HART: | [U/I].   I'm an idiot.   [U/I], I'm looking at his transactions, that are coming from him.   Not looking at… |
| S/A DUNCAN: | Mhm. |
| S/A HART: | [U/I].   Carlos'. |
| S/A DUNCAN: | Oh.    Okay. |
| S/A HART: | The Carl that were, went through here.    That's the problem. |
| S/A DUNCAN: | Gotcha. |
| S/A HART: | So, I'm looking at all these and I'm like, "Why— I could've sworn there were all these other people." So, that's why.    That's why I wasn't seeing it.    Okay.    I apologize. Do you recognize her? |
| ARAO: | [Smacks lips] Yeah. |
| S/A HART: | Okay. |
| ARAO: | I sold her one. |
| S/A HART: | One? |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 36 of 57

USAO_032777

| ARAO: | Yeah.   I think it was just the one.   Or maybe—I can't remember—[Sighs] I know one for sure.   Can't remember if I sold her another one? |
| S/A HART: | Was she by herself? |
| ARAO: | I transferred—yeah.   She's the one that brought her kid. |
| S/A HART: | She brought her kid? |
| ARAO: | Yeah. |
| S/A HART: | Okay. |
| ARAO: | And then, it was like uh little um, a little three eighty, I think it was.   If I remember right. |
| S/A HART: | That was one of them.   Um, okay.   So, there actually, there are two transfers.   There one more recent [U/I] this past December, and then I think there was another the March before then, um—[Voices overlap] |
| ARAO: | Was it—oh, was it?   Okay. |
| S/A HART: | When was it?   The…so, that—for that, for that time, you remember she had her kid. |
| ARAO: | Yeah. |
| S/A HART: | Let's see. [U/I]—[Voices overlap] |
| ARAO: | And the other one was with the forty-five? |
| S/A HART: | That sounds right. |
| ARAO: | It was a forty-five—okay. |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 37 of 57

USAO_032778

| S/A HART: | So you think she was just by herself that time—[Voices overlap] |
|---|---|
| ARAO: | Yeah.   Yeah, she was—yeah.   She was—she came in the afternoon, I think it was, or something.   And then I met up with her, and then, um—yeah.   I don't remember seeing anybody with her. |
| S/A HART: | Okay.   Do you recognize this individual? |
| ARAO: | No.   Yeah, I don't—I don't. |
| S/A HART: | Okay.   [U/I].   I think that's, uh—I don't [U/I] FFl [U/I] somewhere. |
| S/A DUNCAN: | Yeah, I think, think that's it. |
| S/A HART: | Did you talk to her at all, about why she, uh… |
| ARAO: | No.   I think that she, I think—yeah, I think Carlos actually sold her the little thirty-eight.   Uh, and the f—oh, and the four—yeah.   I think the—yeah.   I think they were both his. |
| S/A HART: | Mhm. |
| ARAO: | Yeah.   I think they were both his, and then, I don't if they were friends before, or how they knew each other, but I did the—you know, he was asking me to do a favor [U/I] do a transfer, so I did the transfer [U/I]. |
| S/A HART: | Okay.   [U/I] you know nothing suspicious or shady or anything like that? |
| ARAO: | Yeah.   No-nothing. |
| S/A HART: | Gotcha. |
| ARAO: | Yeah. |

| S/A HART: | Okay. |
|---|---|
| S/A DUNCAN: | Do you have a current phone number for John? |
| ARAO: | Oh.   Yeah. |
| S/A DUNCAN: | Before I forget. |
| ARAO: | [Clears throat] It's, uh, three, one, O.   Eight, zero, one, six, nine, three, seven.   That's a cellphone number. |
| S/A DUNCAN: | Six, nine, three, seven? |
| ARAO: | Yeah.   Six, nine, three, seven. |
| S/A DUNCAN: | [Clears throat] |
| S/A HART: | Well, you've been looking at photos and kind of like going back in time. And [U/I]—[Musical ringtone] over these former transactions.   Is there— were there any other individuals that came in, like, with, that seemed perfectly fine, they, but they had some other person there that was also, you know, those…[U/I] kind of like straw purchase kind of tells—[Voices overlap] |
| ARAO: | Uh, I mean, there's, there's—well, there's guys that were at that, that gun show that come in groups. |
| S/A HART: | Mhm. |

| | |
|---|---|
| ARAO: | But the guys that I, we sell to were either um—like up north, I used an FFL up there that was a couple boots down.   And we had sold guns to the guy who was actually there and bought the guns.   But they come in groups.   So.   But other than that, no.   Nothing that stood out of the ordinary or anything like that. |
| S/A HART: | All right.   Throw me that picture there [U/I]. What about uh, what about an individual that came in—[U/I] out in Oxnard? |
| S/A DUNCAN: | I don't have his photo. |
| S/A HART: | Yeah.   All right.   Okay.   It's all right.   [U/I].   That's all I got. |
| S/A DUNCAN: | So, the, I guess you'd say, where this goes from here, um… |
| ARAO: | Pretty much, I'm assed out, and… |
| S/A DUNCAN: | Well.   Like—[Voices overlap] |
| ARAO: | Business-wise. |
| S/A DUNCAN: | Like I said, I think—my opinion is that's the, the best route.   And uh to keep this, I guess you'd say, at the level it is.   Uh, because if—and I'm not like, this isn't—I'm not like threating you or anything like that.   I'm just saying that if you don't, it's probably gonna go to the point where there's gonna be like a, a revocation process. o the, of your license.   And then—[Voices overlap] |
| ARAO: | Besides the, they're gonna pull it anyways, and…? |
| S/A DUNCAN: | Well, it would, uh, that would be the, that would be the plan.   Let's put it that way.   Uh, and then, uh, because there are—not only is the, there are a lot of issues with the paperwork… |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 40 of 57

USAO_032781

| ARAO: | Mhm. |
|---|---|
| S/A DUNCAN: | With the serial numbers off, and missing multiple sales.   But uh, there's also, there was criminal violations here.   So uh… |
| ARAO: | Like, like what kind of criminal violations? |
| S/A HART: | Well, let me just—what we talked about before.   About the, when you transferred them to yourself. |
| ARAO: | Oh. |
| S/A HART: | And then you sell, like, in the… |
| S/A DUNCAN: | In the eyes of… |
| S/A HART: | Federal law, that… |
| S/A DUNCAN: | Yeah. |
| S/A HART | Was where… |
| S/A DUNCAN: | And the straw purchase.   And after I came in here, when I went back, I said, "You know what?   My, my opinion on this is that I don't think he thinks it's that big of a deal.   I don't think he even realizes… |
| ARAO: | I didn't even know.   I, I thought it was—[Voices overlap] |
| S/A DUNCAN: | And, and that's—[Voices overlap] |
| ARAO: | 'Cause I was, I guess I was so focused on the freakin' California part—[Voices overlap] |
| S/A DUNCAN: | And that's why I'm—yeah. |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 41 of 57

USAO_032782

| | |
|---|---|
| ARAO: | Where the roster didn't matter, and then I was just able to purchase them, and do that shit.   Otherwise, I would've never done this shit. |
| S/A DUNCAN: | No, yeah—[Voices overlap] |
| ARAO: | And [U/I] didn't even know. |
| S/A DUNCAN: | And that's why I went, and you know, I just, I told them that.   And, uh, that I didn't, I didn't think you were, you know, uh like I said, didn't think it was that big of a deal.   Or just didn't even know, so. |
| ARAO: | Yeah. |
| S/A DUNCAN: | And that's why we wanted to keep it like this.   Um, I can tell you there's—it—there's probably a bunch of—I'm not—you know, I don't keep up to date with all the different CAL DOJ things but I'm sure there's a bunch of CAL DOJ things too.   I, I know that there's some—it, it looks like, uh, there's probably some misdemeanors involved every time you do the whole, these private party transfer things. |
| ARAO: | Really? |
| S/A DUNCAN: | Um.   So, [Telephone rigns] it's just things that you have to really careful with.   And, uh, I just think that's—that, I think that would be the best route for you, is just to surrender your license. |
| ARAO: | [Groans] |
| S/A DUNCAN: | So, it looks like you don't want to give me a decision right now? [Chuckles] |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 42 of 57

USAO_032783

| ARAO: | Yeah.   Well, is it okay if I talk to John and just let him know, "Hey, this was probably gonna freakin' happen"?   And, I mean, I just, like— [Voices overlap] |
|---|---|
| S/A DUNCAN: | Yeah.   Like I said, I can't, I can't make you do it, but I think that would be the best option, in terms of keeping this, uh, [U/I]—[Voices overlap] |
| ARAO: | Well, if they—I mean. If I don't sign it over, then they're just gonna pull it anyways.   Right?   And [U/I]—[Voices overlap] |
| S/A DUNCAN: | Well, I can't, I can't guarantee, I can't just say—[Voices overlap] |
| S/A HART: | No.   They won't [U/I] do it.   They will—the proceedings will most definitely start. |
| ARAO: | Yeah. |
| S/A DUNCAN: | Yeah. |
| S/A HART: | Whether, what would happen, just like anything, you know… |
| S/A DUNCAN: | You know how it is.   Yeah. |
| S/A HART: | [U/I] can't say that. |
| ARAO: | I mean—yeah.   Well, I mean, is this something where they're gonna go after me criminally or…? |
| S/A DUNCAN: | I mean, I can't—[Voices overlap] |
| ARAO: | I mean, if it's not like—I mean, I guess with no intent to—I mean, I didn't know I was, you know? |
| S/A DUNCAN: | Yeah. |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 43 of 57

USAO_032784

| ARAO: | Actually doing it.   But…[Sighs] I guess so.   That's what I'm fucking worried about, is losing my job. |
|---|---|
| S/A DUNCAN: | Exactly. |
| ARAO: | You know?   I'm not fucking—you know.   I didn't do it to, to, to, you know, to get in it to, to, to risk everything that I—you know?   I've been here for sixteen years.   It's not something I just want to… |
| S/A DUNCAN: | Yeah. |
| ARAO: | Throw away.   Um. [Clears throat] |
| S/A DUNCAN: | And, uh, and that, that's why I, I, I think this is your best route. [Voices] I can't tell you what to do.   But um, there are a lot of decisions that that are, like we all say, above our pay grade. |
| ARAO: | Yeah. |
| S/A DUNCAN: | So.   But uh, uh, you know, I've…right now, I've got some flexibility to where I think this your best route. |
| ARAO: | Yeah.   Okay.   Um… |
| S/A DUNCAN: | Uh, I mean—[Voices overlap] |
| ARAO: | Shit, I just closed a gun this morning too.   Um, would they be willing to do it after ten days? |
| S/A DUNCAN: | No.   Yeah.   I mean—[Voices overlap] |
| ARAO: | So I can get rid of that shit.   And then uh, that's pretty much why I'm torn, right there. |

| | |
|---|---|
| S/A DUNCAN: | Let's, uh—yeah.   I mean, like you said, you want to, you want to talk to John. |
| ARAO: | Yeah.   Yeah.   And then, it's um, you know, he's not gonna be happy. But…. |
| S/A DUNCAN: | Yeah. |
| ARAO: | That's—I'm not freaking— I mean… |
| S/A DUNCAN: | Being, being on the, you know, on the, the Special Agent side of things, we don't deal with this as much as like a lot of the, the regulatory side those.   But I would imagine it's not gonna be like, [Noises] they're gonna—.they're, you know, like I said, if you were to surrender, they would contact you, and they'd say, "Okay.   We need all your documents. You can turn them over this way, this was, this way.   A lot of times, it sounds like they just come.   They just get them from you directly." |
| ARAO: | Mhm. |
| S/A DUNCAN: | And then the inventory is, uh, you can, from what it sounds like, you can just transfer them to whoever isn't, whoever is allowed to have them, so. |
| ARAO: | Right. |
| S/A DUNCAN: | It's not like they come in here and just scoop up everything, and say you know, "We're taking it.   You're done."   Sort of deal, so. |
| ARAO: | Well, I'm just worried about, that if I do sign it, then you guys come after me criminally, I'm screwed.   So… |
| S/A DUNCAN: | No.   And that's—[Voices overlap] |

| | |
|---|---|
| ARAO: | You know, that's what's, that's what I'm, I'm worried about.   I'm, I'm, I'm, like—I don't want—you know, I don't want nothing to happen to me, that's the thing. |
| S/A DUNCAN: | Yeah.   And that's a, uh… |
| ARAO: | If it's—[Voices overlap] |
| S/A DUNCAN: | And that's a very, you know, uh, I understand your concern—[Voices overlap] |
| ARAO: | [U/I] have to get an attorney or something, some shit.   And I can't even afford that shit, so.   Um… |
| S/A DUNCAN: | So I guess, just think about it.   I can't—we all know, like, it's awkward talking to you about this because it, we all know we can't make you sit here, and make each other a bunch of promises and stuff. |
| ARAO: | Right. |
| S/A DUNCAN: | Um, but, uh, you know, I think, I think it's your best option.   I think it's the way to keep this, uh, to where… |
| ARAO: | It just goes away? |
| S/A DUNCAN: | Yeah.   But like I said, I can't tell you it's just gonna go away. |
| ARAO: | Oh. |
| S/A HART: | But you can't say the opposite, that it's not gonna go away.   If—you know? |
| S/A DUNCAN: | Yeah.   The—[Voices overlap] |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 46 of 57

USAO_032787

| S/A HART: | It's gonna, it's gonna do something that's, that's gonna happen, and then it's gonna be something that, you know, the higher-ups are gonna [U/I]. |
| --- | --- |
| S/A DUNCAN: | Yeah, 'cause, 'cause if there's the whole—if the process of the, the revocation process of the, the license takes place, then there's a, there's a good chance that my bosses are gonna be contacting your bosses, tell them what's going on. |
| ARAO: | Oh. |
| S/A DUNCAN: | And I just don't wanna bring it to that, really.   I don't want to have to, I don't want them have to come over, you know, tell them, uh, getting your agency more involved.   And of course, they probably already know that we're, that we're going to talk to you, or speak to you—[Voices overlap] |
| ARAO: | Yeah.   They're—I'm sure they already know.   Yeah. |
| S/A DUNCAN: | But we'd like to keep it to that level. |
| ARAO: | Right. |
| S/A DUNCAN: | So, um, but, uh…yeah.   If you want to talk to John, and then uh, we can always talk later.   Uh, you can always—you, you have—that's my cellphone number that you have now. |
| ARAO: | Okay. |
| S/A DUNCAN: | That eight, one eight number that we spoke on. |
| ARAO: | What's the last name? |
| S/A DUNCAN: | Duncan. |
| ARAO: | Okay.   Thank you. |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 47 of 57

USAO_032788

| | |
|---|---|
| S/A DUNCAN: | Yup.   Um, so, yeah.   If you, you know, if you think it over and wanna give me a call, uh, we can leave it at that. |
| ARAO: | Okay.   All right.   I'll—Let me go talk to him real quick, and then, just want to see if, uh…. |
| S/A DUNCAN: | I'm just trying to, I'm just trying to be as straight up with you as I can. |
| ARAO: | Yeah, I know. |
| S/A DUNCAN: | And I know it's probably hard to trust me after I came in here. [Chuckles] |
| ARAO: | Well, what, what is it—well… you can't transfer the, the license to anybody else? |
| S/A DUNCAN: | I'm not sure.   You probably have to talk—[Voices overlap] |
| ARAO: | I mean, if, if… |
| S/A DUNCAN: | And if—[Voices overlap] |
| ARAO: | If I can just sign everything over to him and just, just be done with it. And then... |
| S/A HART: | Who's him? |
| ARAO: | To Frances, to John Frances.   Is that—[Voices overlap] |
| S/A HART: | But [U/I]—[Voices overlap] |
| ARAO: | Talk to him.   Okay.   All right. |
| S/A HART: | So, it's definitely [U/I]—[Voices overlap] |
| ARAO: | [U/I], okay. |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 48 of 57

USAO_032789

| S/A DUNCAN: | Did the, the investigator that came here, came in here and did the inspection, do you have contact info for them? |
| --- | --- |
| ARAO: | Uh, [Sighs] she gave me a card.   I have to go dig it out. |
| S/A DUNCAN: | Okay. |
| ARAO: | I think it's in my other bag. |
| S/A DUNCAN: | I can always… |
| ARAO: | Um… |
| S/A DUNCAN: | And I can always facilitate this too.   If you have questions about the process, they would be the best ones to tell you, you know—[Voices overlap] |
| ARAO: | Oh, oh. |
| S/A DUNCAN: | How it works, and who can do what. |
| ARAO: | Okay. |
| S/A DUNCAN: | Um… |
| ARAO: | I think I have a contact number for the guy that first started, like, when I first started.   Um… |
| S/A DUNCAN: | Okay. I can always put you two in touch.   If, if, uh… |
| ARAO: | Okay. |
| S/A DUNCAN: | If it goes down that route.   Uh, but, uh… |
| ARAO: | [Sighs] All right. |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 49 of 57

USAO_032790

| | |
|---|---|
| S/A DUNCAN: | I know it sucks.   But I, I'm… |
| ARAO: | Yeah, I know.   You guys are doing your job.   I understand.   It's, it's…it's just government shit right now, so. |
| S/A DUNCAN: | Mhm. |
| ARAO: | Let me just add your name in real quick.   It's that six, three, eight, your number? |
| S/A DUNCAN: | Yes. |
| ARAO: | Is that what it was?   Okay.   Um, I guess, just give me a call during the week. |
| S/A DUNCAN: | Okay. |
| ARAO: | I'll probably end up talking with him today or tomorrow.   I'm here until Wednesday. |
| S/A DUNCAN: | Okay. |
| ARAO: | So, [Stutters] I'll probably, I'll see John tomorrow at work.   And then, uh, I'll just talk to him, and… |
| S/A DUNCAN: | Where do you guys work?   Do you guys three-day work weeks? |
| ARAO: | Yeah. |
| S/A DUNCAN: | That's nice. |
| ARAO: | It's just by paybacks.   We just, we just went Wednesday this week.   So. |

| S/A DUNCAN: | Oh, okay.   That's nice.   All right.   Um, well, I'm— I don't think I have anything else. Is there anything I'm forgetting right now? |
|---|---|
| S/A HART: | Uh, one thing [U/I]—I hate going back and, it's out of order.   Um, with, with Carlos, with the, the firearms that were in [U/I], the, the money exchange, did that happen here?   Or did that happen elsewhere in [U/I] aware of what—[Voices overlap] |
| ARAO: | You mean the, the transfers that I did for him? |
| S/A HART: | Yeah. |
| ARAO: | Yeah, they would be here. |
| S/A HART: | Okay. |
| ARAO: | The people that come in, and buy stuff from.   And then [U/I] bring money, and then give him money, and go from there. |
| S/A HART: | About how much profit do you think he was getting for, for [U/I]— [Voices overlap] |
| ARAO: | Uh, probably not much.   'Cause she's buying them on—you know, the, the cost on those things are high at the, the start.   Um, that's the thing we got, we got into is, the, you're making anywhere from three, to four, or five hundred dollars, depending on what it is.   So, it's not like you're making thirty dollars off a new gun.   You're making more. |
| S/A HART: | Really? |
| ARAO: | So—yeah, so. |

| S/A HART: | 'Cause I, I contacted that dude in Arizona, and pulled some of the receipts on like how much you guys are paying for them. |
|---|---|
| ARAO: | Yeah.   We were—I paid—[Voices overlap] |
| S/A HART: | And there were, there were a couple a thousand, but—[Voices overlap] |
| ARAO: | Well, they're like—[U/I].   I know the ones I paid for were I think uh, I paid uh like almost ten thousand for [U/I].   And then, those sold for twelve, I think.   And then, another, uh, I sold another pair.   But I bought them separate.   One was for thirty, I think thirty-four hundred dollars.   And the other one was about thirty-two hundred dollars.   So they're not, they're not, they weren't cheap.   And then I sold for um—[Voices overlap] |
| S/A HART: | No.   Oh.   They're not cheap.   No. |
| ARAO: | Yeah.   But…. |
| S/A HART: | Um…. |
| ARAO: | Some—yeah.   Sometimes you get lucky, you know?   You get—we'd be able to get a thousand dollars here or there.   But it wasn't like we were making—it was, it was nothing to where we could retire from.   You know? |
| S/A HART: | Okay. |
| ARAO: | So, I mean, we were making some money.   But I mean, it, it took money to make money.   So, I mean, I mean, I don't have, uh—I mean, I put ten grand on a credit card just to get two guns.   And it's not a very good investment when you're making—you're putting in ten to make to make two.   You know? |

| S/A HART: | Mhm. |
|---|---|
| ARAO: | So, I mean, it was all—just, like there was you know, like there's stuff I thought I'd keep, but then I ended up selling.   So, yeah.   [Noises] |
| S/A DUNCAN: | Well, I mean, we appreciate you sitting down and being cordial about all this.   I know it's uh, not a pleasant thing to do, so. |
| ARAO: | Yeah.   It's not. |
| S/A DUNCAN: | Um… |
| ARAO: | But I mean, I didn't—Honestly, I didn't think I was doing anything wrong. |
| S/A HART: | Yeah. |
| S/A DUNCAN: | And, and uh you know, I, I—After meeting with you here the one time, I, I uh, you know, I—That's why I said, I think we should just meet with you personally, do it that way. |
| ARAO: | I appreciate that.   I mean, I appreciate that.   And then, my—I mean, I mean, my bosses probably know, anyways, so. |
| S/A DUNCAN: | Yeah.   I mean, I'm not sure—[Voices overlap] |
| ARAO: | I know [U/I].   They like to keep everything freakin' hush-hush anyways, so. |
| S/A DUNCAN: | Yeah.   I'm not sure how your, you know, how your policies are.   But uh, if you're, if you're supposed to notify them that you have contact with us or not.   Um. |
| ARAO: | No. |

| S/A DUNCAN: | However you handle that, it is, what it is.   Um, uh, the, uh, I think they already know that we were gonna contact you and try to talk to you anyways.   [Noises] |
| --- | --- |
| ARAO: | Probably. |
| S/A DUNCAN: | Because after talking with Carlos, uh, they knew about that, so.   Uh, I think that's all I got, man.   Anything I'm forgetting now or…? |
| S/A HART: | Uh… |
| S/A DUNCAN: | Anything that you've, uh, thought of? |
| S/A HART: | Nope, nope. |
| S/A DUNCAN: | [Chuckles] |
| S/A HART: | Maybe just, uh, tell, tell John that we're, we're nice guys, so when [U/I] sit down with us, too.   [Laughter] |
| S/A DUNCAN: | Yeah.   Hopefully he doesn't badge us.   Um… |
| ARAO: | Oh, yeah.   I mean, he can, he'll meet you here.   You know? |
| S/A DUNCAN: | Okay. |
| ARAO: | So, I'm sure he's, he'll be working eight hours.    And then just, and just to, to tell him to meet you guys here if you want. |
| S/A DUNCAN: | Yeah. |
| ARAO: | So. |

| | |
|---|---|
| S/A DUNCAN: | So, and just remember you—according to the paperwork, you are the, the, president—[Voices overlap] |
| ARAO: | The pres. |
| S/A DUNCAN: | So, uh, the, the, I think the final decision is, is up to you on what you guys do. |
| ARAO: | Well, I mean, we're like half and half, so, it's like—[Voices overlap] |
| S/A DUNCAN: | Yeah. |
| ARAO: | You know, where I'm [U/I]. |
| S/A DUNCAN: | Yeah.   [U/I]—[Voices overlap] |
| ARAO: | [Sighs] [U/I] I'm not gonna stick my neck out for him doing this anymore, so.   Yeah.   It wasn't profitable that much, anyways, so.   You know, [U/I].   Oh, well. |
| S/A DUNCAN: | Yeah.   I guess. |
| ARAO: | It sucks.   But—[Voices overlap] |
| S/A DUNCAN: | You know?   I guess the question to be is, is it really worth it at this point?   So, um, but—yeah, I mean, I guess, just think about it.   And, um, if you want, I can call you at the end of the week.   Um, or you can call me, um, it's up to you. |
| ARAO: | Yeah.   I'm off—I'll be off Thursday, Friday.   But I got the kids, so I'm stuck.   I'm running baseball practice and stuff like that, so. |
| S/A DUNCAN: | Okay. |

| | |
|---|---|
| ARAO: | Um, [U/I] I'm not gonna think about anything on the weekend, so.   Um, if I don't—if you don't hear from me like either Thursday or Friday, just, just give me a call.   I mean, I'm, I'm—you know. |
| S/A DUNCAN: | Okay.   And, uh, and I, I don't think we'll have to like meet in person again or anything.   It'll probably just be a phone conversation, so.   Um, but, uh, yeah.   We'll go from there. |
| ARAO: | All right. [Noises, voices] |
| S/A DUNCAN: | [U/I] appreciate it. |
| S/A HART: | Do you have the card? |
| S/A DUNCAN: | [U/I]. |
| S/A HART: | Do you have a card? |
| S/A DUNCAN: | Yeah, I knew I had one somewhere. |
| ARAO: | [U/I]. |
| S/A DUNCAN: | Yeah.   Do you have one?   I gave, I think I gave all mine away. |
| S/A HART: | [U/I]. [Noises] |
| ARAO: | Oh, shit.   [U/I] state? |
| S/A DUNCAN: | [Chuckles] |
| S/A HART: | [U/I]. |
| ARAO: | [U/I] I only got two days [U/I]. |
| S/A HART: | Yeah. |

Case #: 784065-17-0014
Recording: 170925_0021
Transcribed by: N. Escamilla
Reviewed by: A. Snyder

Page 56 of 57

USAO_032797

| S/A DUNCAN: | And we're out of the same office.   [U/I]. |
| ARAO: | All righty.   [U/I]. |
| S/A DUNCAN: | All right, sir.   I appreciate it. |
| ARAO: | All right. [Pause] [Noises] |
| | [End of recording] |