# EXHIBIT B

Raul A. Alarcon

December 8, 2019

Honorable District Judge S. James Otero
United States Courthouse
350 W. 1st Street
Courtroom 10C
Los Angeles, CA  90012

Your honor,

I am writing on behalf of Edward Arao.  I've had the pleasure of knowing Edward for approximately the last 19 years.  He's known to all of us as "Eddie".  I first met Eddie at Gardena Police Department where we both have served as police officers.  Along our career journey, Eddie and I became good friends both on and off duty.  I always remember Eddie as a hardworking and dedicated man.  Eddie has always been honest and straight forward with both the public and his coworkers.  Eddie was always quick to offer his assistance and provide his input when it came to another officer's case or call.  He was a true team player.   It has been an honor to serve along Eddie's side as a friend and comrade in our profession of law enforcement.

I remember when he was single and had mentioned to me that he couldn't wait to meet the right girl in his life and begin a family of his own.  When he finally met his now wife, Miho Arao, he became a dedicated husband and protector of his family.  He couldn't wait to have children.  He has always tried his best to guide and lead his oldest son Keanu to becoming a confident and strong young man.  Eddie and Miho later had two more children, twins Tabitha and Cody.  Eddie continues to be a great father to his children as he always has and a great husband and provider to his wife Miho.

Through the years Eddie has been a dedicated family man.  I recall several times, whenever coworkers had planned to get-together after work, Eddie was always quick to let us all know, that he would not be joining us.  Eddie would excuse himself in order to get home to his family.  Eddie has coached baseball and has been on multiple outings with his family in order to build those important bonds between a father and his children.

It was quite clear to all who knew Eddie that he was meant to be a great husband, father and provider for his family.  He would unselfishly always place his family before himself and dedicated his life to raising his family right.  His children need him in their life as well as his wife Miho.  I feel blessed in knowing such a good man and feel blessed that Eddie is a part of my life.

Sincerely,

*Raul A. Alarcon*

Raul A. Alarcon



**NTT**

Erik Lee

████████████████

12/5/2019

District Judge
Honorable S. James Otero

RE: Character Reference for Eddie Arao

Your Honor,

My name is Erik Lee and I am a Consulting engineer for NTT as well as a Sergeant serving in the United States Army Reserve. I have known Eddie since 2004 where we met through our wives. As a prior US Marine and a current member of the Army Reserves, I pride myself in maintaining values such as Honor, Courage, and Commitment. When I was asked about writing a character reference for Eddie, I have no issues writing it and here are the reasons why.

I have had the opportunity to get to know Eddie on a personal level. He has always been a great friend answering the call whenever I need help. Both of our families have gone camping together and spent considerable amounts of time together. One of those trips was an annual trip that we would do each year the weekend before Halloween. Every year Gardena Police Department has a large presence camping and doing a trick-or-teat event that takes up the whole campground at Vale Lake. During these weekends they accept me as part of their group. This was enjoyable for me, but the important part of this time has been hearing stories and experiences that show the high level of commitment that Eddie and his co-workers have not only to protecting the community but serving the community.

Eddie is an amazing father and husband. During these camping events, I would witness the effort that he puts into raising his children. I would see him setting the example to his kids how people should act, and how to care and respect others. I know by seeing it first hand that not only is he a positive male role model to his kids, but to his nephew as well who's dad is not in the picture.

Another example of Eddie's commitment to society is that he is volunteering for his son's baseball teams as the assistant coach. As the assistant coach not only is he teaching some kids to throw a ball, but instilling teamwork, discipline, work ethic, and dedication to these children. He is helping them to become productive members of society.

I believe that Eddie is honest. He is a valuable member of the community that he lives and a valuable member of the community that he works. Eddie is a genuinely good person with good intentions.

I hope this letter helps and I thank you for your time spent reading this letter.

Sincerely,

*[signature]*

Erik J. Lee

December 16, 2019

To:   Honorable S. James Otero
      District Judge
      United States Courthouse
      350 W 1st St
      Courtroom 10C
      Los Angeles, CA  90012

From:  Yuji and Miyako Arao



Dear Honorable S. James Otero,

Our names are Yuji and Miyako Arao and we are the parents of Edward Arao.   Eddie, as we have always called him, is an honest and sincere family man.  He takes pride in everything he has done and worked hard in his career.  We are very proud to have such an outstanding son and the years of service he has provided to the city of Gardena.  His decision to become a police officer in Gardena was very heart felt for me since it was where I lived when I first came to the United States.  It made me both happy and full of pride knowing he was protecting and serving my hometown.

Eddie is a loving son, but more importantly, he is a devoted father.  He is selfless with his time and does everything for his three children.  And when we say everything, we don't just mean he provides for his children.  Eddie has always been the majority caretaker for all three children.  He is the one that gets them ready for school and bed, takes and picks them up from school, attends all parent teacher conferences, makes all meals, manages school work, takes the kids to doctor appointments, all day to day activities regarding the children, he's the one handling it.  Eddie is a moral, dedicated father who is greatly needed at home. He and his wife are separated and she elected to reside in a one bedroom apartment.  The children are in his custody 80-90% of the time.  It truly would be detrimental to all three children if he was not home with them.   All three rely on their father for absolutely everything and they would be completely lost with him.

Even with all the time Eddie spends with his children, he continues to support and be there for us as well.  As we have entered and nearing our 80's (82 and 78 years old), Eddie has been an even greater help to us with not only big chores, such as fixing our toilet plumbing, trimming trees and moving furniture, but also the smallest jobs such as setting up wi-fi and online registrations for the many electronic payments and setups these days.  He regularly calls and stops by to make sure we are ok.  We are so grateful he is such a great son who is just an overall caring human and even prouder of the father he is to our grandchildren.

We know telling us the charges brought against him was one of the hardest things Eddie has had to do.  He was embarrassed about the shame that would be cast upon our family.  This has been a very difficult

and distressing time for all of us and we still don't fully understand the reason why he was charged and convicted of the crimes committed, but we will always stand behind him and support Eddie fully. We used to think laws were black or white. What we have learned is there are many different shades of gray to laws depending on who and how they are interpreted. Eddie has accepted the mistakes he has made and takes full responsibility for all consequences. Losing the job he has worked so hard at and seeing his reputation tarnished has been heartbreaking.

Thank you for taking the time to read this letter and we hope it helps you get a better understanding of who Eddie really is. We ask for leniency in his sentencing and ask you to take into consideration the years of service he has provided for the community, the dire need of his presence at home and his future safety. We continue to stand ready to offer further support to Eddie as he may require. Please contact us if you need and additional information.

Respectfully,

Yuji and Miyako Arao