# LIST OF EXHIBITS AND WITNESSES

| Case Number | CR 18-121(B)-PSG | Title | USA -VS- ARAO |
|---|---|---|---|
| Judge | PHILIP S. GUTIERREZ | | |
| Dates of Trial or Hearing | 09/30/21; 10/05/21; 10/06/21; 10/7/21 | | |
| Court Reporters or Tape No. | COURTSMART | | |
| Deputy Clerks | Wendy Hernandez | | |

FILED
CLERK, U.S. DISTRICT COURT
OCT -7 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| AUSA Veronica Dragalin | RTND Edward Robinson |
| AUSA Cassie Palmer | RTND Lisa Houle |
|  | RNTD Brian Robinson |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | | |

# GOVERNMENT'S WITNESS LIST – CASE-IN-CHIEF

## CR-18-121(B)-PSG

| Witness Name | Date |
|---|---|
| Martin Ramos | 10/5/21 |
| David Hamilton | 10/5/21 |
| Tolliver Hart | 10/5/21; 10/6/21 |
| Fabricio Ortiz | 10/5/21 |
| Omar Cruz | 10/6/21 |
| Raul Cervantes Corona [Prior Testimony] Read into record | 10/6/21 |

1

UNITED STATES v. ARAO

CR NO. 18-121(B)-PSG

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| DMV Records | | | |
| 1 | DMV record for Carlos Fernandez | | 10/5/21 |
| 2 | DMV record for Edward Arao | | 10/5/21 |
| 3-9 | *Intentionally omitted* | | |
| Firearms Transactions Summary Charts | | | |
| 10 | All Charged Fernandez Firearm Transactions summary chart (OA 8-24) | | 10/5/21 |
| 11 | All Charged Arao Firearm Transactions summary chart (OA 28-68) | | 10/5/21 |
| 12 | Fernandez summary chart (days) | | 10/5/21 |
| 13 | Fernandez summary graph (days) | | 10/5/21 |
| 14-15 | *Intentionally omitted* | | |
| 16 | Arao summary chart (days) | | 10/5/21 |
| 17 | Arao summary graph (days) | | 10/5/21 |
| 18 | Arao summary graph (off-Roster) | | 10/5/21 |
| 19 | Arao summary graph (multiple purchases) | | 10/5/21 |
| Firearms Records | | | |
| 20 | Negative Federal Firearms License Certification for Fernandez | | 10/5/21 |

1

## UNITED STATES v. ARAO

## CR NO. 18-121(B)-PSG

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 21 | Negative Federal Firearms License Certification for Arao | | 10/5/21 |
| 22 | Firearms Federal License Certification for Ronin Tactical | | 10/5/21 |
| 23-24 | *Intentionally omitted* | | |
| 25 | Ronin Tactical FFL Application | | 10/5/21 |
| 26 | Ronin Tactical Federal Firearms License for Dealing | | 10/5/21 |
| 27 | *Intentionally omitted* | | |
| 28 | DROS Form for FL01515 Firearm (OA 21) | | 10/5/21 |
| 29 | Fernandez AFS Records Summary Chart | | 10/5/21 |
| 30 | ATF 4473 Forms for Arao Purchases (OA 28-68 combined) | | 10/5/21 |
| 31 | Arao AFS Records Summary Chart | | 10/5/21 |
| 32 | Ronin Tactical Acquisitions & Disposition Record Book | | 10/5/21 |
| 33 | *Intentionally omitted* | | |
| **Firearms Price Records** | | | |
| 34 | Summary Chart re: Firearms Price | | 10/5/21 |
| 35 | Kirkpatrick Arms Business Record | | 10/5/21 |

UNITED STATES v. ARAO

CR NO. 18-121(B)-PSG

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 36 | Gunarama Business Record | | 10/5/21 |
| 37 | Whittier Loan & Jewelry Business Record | | 10/5/21 |
| 38 | Able's Sporting Business Record | | 10/5/21 |
| 39 | Davidson's Business Record | | 10/5/21 |
| **Instagram Records** | | | |
| 40 | @the38superman Instagram subscriber record | | 10/5/21 |
| 41 | @ronintactical Instagram subscriber record | | 10/5/21 |
| 42 | @ronintactical screenshots of Instagram posts | | 10/5/21 |
| 43 | @the38superman screenshots of Instagram posts | | 10/5/21 |
| 43A | Translation of profile picture | | 10/5/21 |
| 44 | *Intentionally omitted* | | |
| 45A | August 15, 2017 Direct messages between @the38superman and @flowers4jr (summary) | | 10/5/21 |
| 45B | August 15, 2017 Direct messages between @the38superman and @flowers4jr (Instagram business record) | | 10/5/21 |
| 46 | *Intentionally omitted* | | |

3

**UNITED STATES v. ARAO**

**CR NO. 18-121(B)-PSG**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 47A | June 11, 2017 Direct messages between @the38superman and @jr_777exotics (summary) | | 10/5/21 |
| 47B | June 11, 2017 Direct messages between @the38superman and @jr_777exotics (Instagram business record) | | 10/5/21 |
| 48A | June 12, 2017 Direct messages between @the38superman and @jr_777exotics (summary) | | 10/5/21 |
| 48B | June 12, 2017 Direct messages between @the38superman and @jr_777exotics (Instagram business record) | | 10/5/21 |
| 49-52 | *Intentionally omitted* | | |
| 53A | March 16, 2016 Direct messages between @the38superman and @ceferino1991 (summary and translation) | | 10/5/21 |
| 53B | March 16, 2016 Direct messages between @the38superman and @ceferino1991 (Instagram business record) | | 10/5/21 |
| 54 | April 7, 2016 Direct messages between @the38superman and @kmp_760 (Instagram business record) | | 10/5/21 |
| 55 | May 31, 2016 Direct messages between @the38superman and @cesar_vivas (Instagram business record) | | 10/5/21 |

4

**UNITED STATES v. ARAO**

**CR NO. 18-121(B)-PSG**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 56 | September 23, 2016 Direct messages between @the38superman and @titomaldonadoik (Instagram business record) | | 10/5/21 |
| 57 | February 9, 2017 Direct messages between @the38superman and @30.d.marcial (Instagram business record) | | 10/5/21 |
| 58 | May 28, 2017 Direct messages between @the38superman and @chuck_562 (Instagram business record) | | 10/5/21 |
| 59 | June 12, 2017 Direct messages between @the38superman and @ramon.a45 (Instagram business record) | | 10/5/21 |
| 60-62 | *Intentionally omitted* | | |
| 63 | July 10, 2017 Direct messages between @the38superman and @marcoov.21 (Instagram business record) | | 10/5/21 |
| 64 | June 28, 2017 Direct messages between @the38superman and @adrian_93suello (Instagram business record) | | 10/5/21 |
| 65-67 | *Intentionally omitted* | | |
| 68 | July 1, 2017 Direct messages between @the38superman and @toe.knee.rc.ga (Instagram business record) | | 10/5/21 |
| 69-74 | *Intentionally omitted* | | |

**UNITED STATES v. ARAO**

**CR NO. 18-121(B)-PSG**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| Email Records |||
| 75 | August 6, 2016 email re: Fwd: FFL for Carlos Fernandez | | 10/5/21 |
| 76 | *Intentionally omitted* | | |
| 77 | June 2, 2017 email re: Question regarding GunBroker.com Item #650024859 | | 10/5/21 |
| 78 | August 3, 2016 email re: Question regarding GunBroker.com Item 574314170 | | 10/5/21 |
| 79 | October 9, 2016 email re: colt.38 Super | | 10/5/21 |
| 80-82 | *Intentionally omitted* | | |
| 83 | August 26, 2016 email re: .38 super | | 10/5/21 |
| 84 | May 10, 2016 email re: Ontario gun show | | 10/5/21 |
| 85-94 | *Intentionally omitted* | | |
| | **Cervantes Corona Phone Records** | | |
| 95 | Fernandez AT&T Subscriber Records (business record) | | 10/5/21 |
| 96 | *Intentionally omitted* | | |
| 97 | Summary Chart of Calls between Fernandez and Cervantes-Corona | | 10/5/21 |

## UNITED STATES v. ARAO

### CR NO. 18-121(B)-PSG

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 98 | Excerpt of AT&T Records of Fernandez and Cervantes-Corona Calls (Business Record) | | 10/5/21 |
| 99-101 | *Intentionally omitted* | | |
| **Audio Recordings** | | | |
| 102 | Audio Recording of Edward Arao on Sep. 25, 2017 | | |
| 102A | Excerpt A | | |
| 102B | Excerpt B | | |
| 103-113 | *Intentionally omitted* | | |
| **Cervantes Corona Firearms Records** | | | |
| 114 | Cervantes ATF 4473 Form (Dec. 12, 2016) | | 10/5/21 |
| 115 | Photograph of first Cervantes firearm | | 10/5/21 |
| 116 | Photograph of second Cervantes firearm | | 10/5/21 |
| 117-184 | *Intentionally omitted* | | |
| **Miscellaneous Documents** | | | |
| 185 | March 31, 2017 ATF Letter and Advisory to Local Law Enforcement | | 10/5/21 |
| 186-189 | *Intentionally omitted* | | |

## UNITED STATES v. ARAO

## CR NO. 18-121(B)-PSG

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 190 | Fernandez Personnel Record from Gardena Police Department [employment] | | 10/5/21 |
| 191 | Arao Personnel Record from Gardena Police Department [training] | | 10/5/21 |
| 192 | Arao Personnel Record from Gardena Police Department [10-day letters] | | 10/5/21 |
| 193 | Arao Personnel Record from Gardena Police Department [10-day letters] | | 10/5/21 |
| 194 | Arao Personnel Record from Gardena Police Department [10-day letters] | | 10/5/21 |
| 195 | Arao Personnel Record from Gardena Police Department [employment] | | 10/5/21 |
| 196 | Gunbroker Business Record Excerpt | | 10/5/21 |
| 197-201 | *Intentionally omitted* | | |
| 202 | Stipulation 2 re: California Law | | 10/5/21 |
| 203 | Stipulation 1 re: Translations | | 10/5/21 |
| 204 | *Intentionally omitted* | | |
| 205 | July 16-24, 2017 Instagram Messages between Fernandez and undercover agent | | 10/5/21 |

## UNITED STATES v. ARAO

## CR NO. 18-121(B)-PSG

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 206 | Screenshot from July 24, 2017 video recording (Arao) | | 10/5/21 |
| 207 | Screenshot from July 24, 2017 video recording (firearm) | | 10/5/21 |
| **New Exhibits** | | | |
| 208 | July 24, 2017 voicemail from Arao to undercover agent | | 10/5/21 |
| 209 | July 24, 2017 call between Arao and undercover agent | | 10/5/21 |
| 210 | July 24, 2017 call between Fernandez and undercover agent | | 10/5/21 |
| 211 | Rifle Gear Business Record | | 10/5/21 |
| 212 | ATF Form 4473 for Martin Ramos (OA 47) | | 10/5/21 |
| 213 | ATF Form 4473 for Omar Cruz (OA 46) | | 10/5/21 |
| 214 | ATF Form 4473 for Fabricio Ortiz (OA 68) | | 10/5/21 |
| 215 | Photograph of Cruz firearm (OA 46) | | 10/5/21 |
| 216 | DROS Form for Cruz firearm (OA 46) | | 10/5/21 |
| 217 | Photograph of Ramos firearm (OA 47) | | 10/5/21 |
| 218 | DROS Form for Ramos firearm (OA 47) | | 10/5/21 |

# UNITED STATES v. ARAO

## CR NO. 18-121(B)-PSG

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 219 | Multiple Sales Form (blank) | | |
| 220 | Maravilla Multiple Sales Report | | |
| 221 | Maravilla Multiple Sales eTrace Report | | |
| 222 | Google Image Ronin Tactical | | 10/5/21 |
| 223 | July 16, 2017 Instagram Post @the38superman | | 10/5/21 |
| 224 | Omar Cruz Instagram Post @the38superman | | 10/5/21 |
| 225A | July 16-17, 2017 Direct messages between @the38superman and @febreeze92 (summary and translation) | | 10/5/21 |
| 225B | July 16-17, 2017 Direct messages between @the38superman and @febreeze92 (Instagram business record) | | 10/5/21 |
| 226 | March 13, 2017 Arao Acknowledgement Form | | 10/5/21 |
| 227 | Arao AT&T Subscriber Records (business record) | | 10/5/21 |
| 228 | Excerpt of AT&T Records of Arao and Ortiz Calls (business record) | | 10/5/21 |
| 229 | Excerpt of AT&T Records of Fernandez and Ortiz Calls (business record) | | 10/5/21 |

**UNITED STATES v. ARAO**

**CR NO. 18-121(B)-PSG**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 230 | Summary Chart of Calls between Arao, Fernandez, and Ortiz | | 10/5/21 |
| 231 | July 24, 2017 Recording of Attempted Undercover Buy | | 10/5/21 |
| 232 | DROS Form 1 for Ortiz Firearm (OA 68) | | 10/5/21 |
| 233 | DROS Form 2 for Ortiz Firearm (OA 68) | | 10/5/21 |
| 234 | Firearm: Colt Model 02091 .38 caliber pistol, bearing serial number 38SS09144 (OA 63) (physical exhibit) | 10/5/21 Presented to agent Hinnen | |
| 235 | ATF Form 4473 for Fernandez (OA 9) | | 10/5/21 |