TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
VERONICA DRAGALIN (Cal. Bar No. 281370)
CASSIE D. PALMER (Cal. Bar No. 268383)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0647 / 0363
     Facsimile: (213) 894-0141
     E-mail:    veronica.dragalin@usdoj.gov
                cassie.palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>EDWARD ARAO,<br><br>          Defendant. | No. CR 18-121(B)-PSG-2<br><br>GOVERNMENT'S SENTENCING POSITION FOR DEFENDANT EDWARD ARAO<br><br>Hearing Date: January 21, 2022<br>Hearing Time: 10:00 a.m.<br>Location:    Courtroom of the<br>             Hon. Philip S.<br>             Gutierrez |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Veronica Dragalin and Cassie D. Palmer hereby files its Sentencing Position with respect to defendant EDWARD ARAO.

//
//
//
//

This Position is based upon the attached memorandum of points and authorities, the attached Exhibit A, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: January 7, 2022         Respectfully submitted,

                               TRACY L. WILKISON
                               United States Attorney

                               SCOTT M. GARRINGER
                               Assistant United States Attorney
                               Chief, Criminal Division


                                */s/ Veronica Dragalin*
                               VERONICA DRAGALIN
                               CASSIE D. PALMER
                               Assistant United States Attorneys

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

On October 7, 2021, defendant Edward Arao ("defendant" or "Arao") was found guilty by jury in a re-trial on two counts, conspiracy to engage in the business of dealing in firearms without a license, in violation of 18 U.S.C. § 371, and engaging in the business of dealing in firearms without a license, in violation of 18 U.S.C. § 922(a)(1).

Arao was previously convicted of the same two offenses in an original trial on November 19, 2019. After those convictions, on January 27, 2020, the United States Probation Office ("USPO") disclosed its Presentence Investigation Report ("PSR"). (Dkt. 316.) The PSR calculated a total offense level of 20 and a Criminal History Category I, resulting in a Guideline Sentence range of 33 to 41 months. The government concurred with the PSR calculations and recommended a low-end sentence of 33 months of imprisonment. (Dkt. 340.) Arao was granted a re-trial before being sentenced on the original convictions.

After his convictions in a re-trial, on December 17, 2021, the USPO disclosed its new PSR and a Sentencing Recommendation Letter. (Dkt. 519, 520.) Like the original PSR, the new PSR calculated a total offense level of 20, starting with a base offense level 12 pursuant to U.S.S.G. § 2K2.1(a)(7), a 6-level enhancement for the number of firearms under U.S.S.G. § 2K2.1(b)(1)(C),[1] and a 2-level enhancement for abuse of trust under U.S.S.G. § 3B1.3. (PSR ¶¶ 41-

---

[1] In the original PSR, the total number of firearms in the conspiracy was 87, resulting in a +6 enhancement for 25-99 firearms (Dkt. 316, PSR ¶ 39). The superseding indictment narrowed the scope of the conspiracy to 58 firearms, but the resulting enhancement is still +6 because the number falls within the same range of 25-99 firearms. (Dkt. 520, PSR ¶ 42).

57.)  A total offense level of 20 and a Criminal History Category I resulted in a Guideline Sentence range of 33 to 41 months.

For the reasons set forth in its original Sentencing Position filed after defendant's first trial (Dkt. 340, attached hereto as Exhibit A, which the government incorporates as though fully set forth herein), the government recommends that the Court impose the same low-end sentence as originally recommended: (a) 33 months of imprisonment; (b) three years of supervised release; and (c) a special assessment of $200.  The government submits that such a sentence would be sufficient, but not greater than necessary, to meet the sentencing goals set forth in 18 U.S.C. § 3553(a).